IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| General Tools & Instruments, LLC )<br>)<br>v. )<br>)<br>Does 1-2092, As Identified in Exhibit 2 )<br>)<br>) | Case No.: 1:19-cv-02519<br><br>Judge: Honorable Robert W. Gettleman<br><br>Magistrate: Honorable Sunil R. Harjani |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) ASSET RESTRAINING ORDER, (3) EXPEDITED DISCOVERY ORDER, AND (4) SERVICE OF PROCESS BY EMAIL**

Plaintiff General Tools & Instruments, LLC seeks entry of an *ex parte* (1) Temporary Restraining Order; (2) Asset Restraining Order; (3) Expedited Discovery Order; and (4) Service of Process by Email Order on an action arising out of 15 U.S.C. § 1114, Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510.

A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 17th of April, 2019.

Respectfully submitted,

By: /s/ Rishi Nair
Rishi Nair
ARDC # 6305871
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.com