**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| General Tools & Instruments, LLC | Case No.: 1:19-cv-02519 |
| v. | Judge: Hon. Robert W. Gettleman |
| Does 1-2092, As Identified in Exhibit 2 | Magistrate: Hon. Sunil R. Harjani |

**DECLARATION OF RALPH MALLOZI**

I, Ralph Mallozzi, with a business address of 75 Seaview Drive, Secaucus, New Jersey 07094, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order (the "*Ex Parte* Motion for TRO") and, if called as a witness, I could and would competently testify as follows:

2. I am the President and CEO of the Plaintiff, General Tools & Instruments, LLC ("General Tools"), the manufacturer of ANGLE-IZER marked products.

3. I have been with General Tools since 2015 and have been President and CEO since 2016.

4. Since starting the ANGLE-IZER product line in 2004, the ANGLE-IZER brand products have grown considerably in market share. The ANGLE-IZER family of products are sold around the world via distributors and retail outlets and have sold millions of units around the globe. In 2017 alone, General Tools had over $500, 000 in revenue for ANGLE-IZER measuring tools.

5. Each year, General Tools invests hundreds of thousands of dollars in advertising its unique products. The ANGLE-IZER tool is a unique design with distinctive packaging. Over the life of the product, General Tools has invested hundreds of thousands of dollars to market and promote ANGLE-IZER brand products around the world.

6. General Tools is an internationally recognized manufacturer, distributor of the ANGLE-IZER tools, which is marketed and sold under its federally registered ANGLE-IZER trademarks. The ANGLE-IZER Products have become enormously popular, driven by our quality standards and innovative designs. The products are identifiable via the ANGLE-IZER marks and the distinctive look of the products and product packaging.

7. Since around 2004, Plaintiff has sold the ANGLE-IZER products via authorized distributors and retailers on the world wide web, where it promotes and sells genuine ANGLE-IZER Products to consumers. Online sales of ANGLE-IZER Products via the web have represented a significant portion of our business.

8. The ANGLE-IZER marks are exclusive to the General Tools and displayed extensively on General Tools ANGLE-IZER Products and in our marketing and promotional materials. ANGLE-IZER Products have long been among the most popular adjustable templates for use in measuring tiles, bricks and construction materials for cutting purposes, and computer programs for use in calculating custom dimensions of tiles, bricks and construction materials sold therewith and have been extensively promoted and advertised at great expense to the General Tools.

9. The ANGLE-IZER Trademarks are distinctive when applied to ANGLE-IZER Products, signifying to the purchaser that the products come from General Tools and are manufactured to the General Tools's quality standards. General Tools ensures that all products bearing its trademarks are manufactured to the highest quality standards. As such, the goodwill associated with the ANGLE-IZER trademarks are of incalculable and inestimable value.

10. General Tools has received extensive editorial coverage and unsolicited press in through social media. Social media posts regarding ANGLE-IZER products have been viewed millions of times through Facebook user groups, including but not limited to: Amazing Videos, Woodworking Tips, This Is Brainy, Impressive Things, Cool Woodwork, Core77, Grown Men Stuff, and Mechanics Mix.

11. The overwhelming success of the ANGLE-IZER brand has resulted in significant counterfeiting by individuals and entities who unlawfully use the trademarks and goodwill built by General Tools and other manufacturers in this industry to sell cheap imitation counterfeits of ANGLE-IZER Products. Consequently, General Tools regularly investigates suspicious websites and online marketplace listings identified in proactive Internet sweeps and reported by consumers.

12. These investigations have established that Defendants are using the various webstores on platforms such as Amazon, Wish, eBay, AliBaba to sell Counterfeit Products from foreign countries such as China to consumers in the United States and the State of Illinois, including the Northern District of Illinois. I am aware that Counterfeit Products were being offered for sale to residents of the United States and State of Illinois. I reached this conclusion after our attorneys visually inspected each of the product listings as they appeared on the Infringing Websites, and reported back to us the price at which the Counterfeit Products were offered for sale, other features commonly associated with websites selling counterfeit products. These Defendants and the Infringing Websites do not conduct business with the General Tools and do not have the right or authority to use the ANGLE-IZER marks for any reason.

13. It is estimated that the Defendants are responsible for as many as 45,000 counterfeit ANGLE-IZER brand products being sold, amounting to over $450,000 in lost revenue in the past six-months alone.

14. Each sale made by the Defendants through a webstore results in a direct loss to the General

Tools. As the illegal marketplace for ANGLE-IZER Products grows on the Internet, the legitimate marketplace for ANGLE-IZER Products shrinks. Monetary damages cannot adequately compensate the General Tools for ongoing infringement because monetary damages fail to address the loss of control and damage to the General Tools's reputation and goodwill. Furthermore, monetary damages are difficult, if not impossible, to ascertain due to the inability to calculate measurable damage in dollars and cents caused to our reputation and goodwill by acts of infringement.

15. General Tools's goodwill and reputation are irreparably damaged when the ANGLE-IZER Trademarks are used on goods not authorized, produced or manufactured by the General Tools. Moreover, brand confidence is damaged, which can result in loss of future sales and market share. The extent of harm to our reputation and goodwill and the possible diversion of customers due to loss in brand confidence are largely unquantifiable. Numerous consumers bought counterfeit ANGLE-IZER products believing them to be made by General Tools. Those consumers left many negative reviews of our product and our company on marketplace websites.

16. General Tools is further irreparably harmed by the unauthorized use of the ANGLE-IZER marks because counterfeiters take away our ability to control the nature and quality of Counterfeit Products. Loss of quality control over goods bearing the ANGLE-IZER trademark and, in turn, loss of control over our reputation, is neither calculable nor precisely compensable.

17. The sale of Counterfeit Products is likely causing and will continue to cause consumer confusion that weakens the ANGLE-IZER brand recognition and reputation. Consumers who mistakenly believe that the Counterfeit Products he or she has purchased originated from the General Tools will come to believe that Plaintiff offers low quality products. Inferior quality products will result in increased skepticism and hesitance in consumers presented with genuine ANGLE-IZER Products, resulting in a loss or undermining of

Plaintiff's reputation and goodwill. Indeed, there is damage to our reputation and goodwill even if a consumer knows that the goods he or she is purchasing are counterfeit. Prospective consumers who see inferior Counterfeit Products used by others may mistakenly believe such goods to be genuine and may consequently develop a poor impression of ANGLE-IZER products. Such post-sale confusion results in further damage to General Tools's reputation and correlates to a loss of unquantifiable future sales.

18. General Tools is further irreparably damaged due to a loss of exclusivity. General Tools's extensive marketing and innovative designs are aimed at growing and sustaining sales. The ANGLE-IZER marks are distinctive and signifies to consumers that the products exclusively originate from General Tools. When counterfeiters use the ANGLE-IZER marks on goods without authorization, the exclusivity of the ANGLE-IZE Products, as well as General Tools's reputation, are damaged and eroded, resulting in an a loss of unquantifiable future sales.

19. General Tools will suffer immediate and irreparable injury, loss or damage if counterfeiters are allowed to continue to infringe upon the General Tools's registered Trademarks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 17th day of April, 2019

*Ralph J. Mallozzi*
Ralph Mallozzi