UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

General Tools & Instruments, LLC

            Plaintiff,

v.                   Case No.: 1:19–cv–02519
                  Honorable Robert W. Gettleman

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 24, 2019:

  MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 4/24/2019. Plaintiff's motion for leave to file under seal [6], motion for leave to file excess pages [10] and *ex parte* motion for entry of a (1) temporary restraining order to 5/8/2019, (2) asset restraining order, (3) expedited discovery order, and (4) service of process by email [11] are granted. Status hearing set for 5/8/2019 at 9:10 a.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.