IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| General Tools & Instruments, LLC | Case No.: 1:19-cv-02519 |
| v. | Judge: Honorable Robert W. Gettleman |
| Does 1-2092, As Identified in Exhibit 2 | Magistrate: Honorable Sunil R. Harjani |

**CERTIFICATE OF SERVICE**

I hereby certify and declare that I am over 18 years of age, barred in the State of Illinois, and I am an attorney for the Plaintiff, General Tools & Instruments, LLC, in the above captioned action.

Kevin Keener, Attorney for the Plaintiff, served a true and accurate copy of the documents, entitled:

1. Summons

2. Complaint and exhibits (Dkt. #1).

3. Plaintiff's *Ex Parte* Motion for Entry of a (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by Email (Dkt. # 11).

4. Memorandum in Support of Plaintiff's *Ex Parte* Motion for Entry of a (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by Email (Dkt. # 12).

5. *Ex Parte* Temporary Restraining Order with Asset Freeze and Other Equitable Relief (Dkt. #16).

6. Plaintiff's *Ex Parte* Motion to Extend Temporary Restraining Order for Good Cause

(Dkt. #18).

7. Order Granting Plaintiff's *Ex Parte* Motion to Extend Temporary Restraining Order for Good Cause (Dkt. #20).

for the following civil action:

General Tools & Instruments, LLC v. Does 1-2092, As Identified in Exhibit 2

Case 1:19-cv-02519

on Defendants:

Does 616-1150 via electronic mail, to the address supplied by the Defendants to their respective webstore hosts per the terms of the TRO on May 20, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2019 at Chicago, Illinois.

Respectfully submitted,

By: \_\_s/ Kevin Keener_____
Kevin J. Keener ARDC # 6296898
Rishi Nair ARDC # 6305871
Keener & Associates, P.C. 161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com