EXHIBIT 1



