Britany Tait

The Southern Maple Trading Co.

5236 Brookside Pass

Hoover, AL 35244

205-586-8079

2019 JUN -7 AM 11:29

# IN THE UNITED STATES DISRICT COURT

## FOR THE NORTHERN DISTRICT OF NORTHERN ILLINOIS

### EASTERN DIVISION

ANSWER IN A CIVIL CASE

**FILED**

JUN -7 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| General Tools and Instruments, LLC | Case #: 1:19-CV-2519 |
| V | Assigned Judge: Hon. Robert W. Gettelman |
| Does 1-2092 | Designated Magistrate Judge: Ho. Sunil R. Harjani |

Defendant, Britany Tait of The Southern Maple Trading Co. (Does 1-2092), *Pro Se*, herby submits this Answer to the complaint on file herein, and alleges and avers as follows:

Defendant states:

I am the The Southern Maple Trading Co.

My name is Britany Tait and I am a stay at home Mom living in Hoover, Alabama.

I have never sold any item on Amazon that is listed in the complaint against me, number # BO7783807 OF AAXN003Z83807.

Any item I have ever sold or listed on Amazon was done so following Amazon guidelines as to how to list and add items to my seller account. Every item I have sold has been listed USED or Used-like new, but never anything of General Tool's (the Plaintiff's) product.

Please see attached pages I have included to show that I have searched my account for the items listed in the complaint and my search shows no items found with the item numbers listed.

Therefore I, The Southern Maple Trading Co., **DENIES** each and every allegation contained therein.

WHEREFORE, This Answering Defendant prays that this Honorable Court will:

**Dismiss the Complaint**

Dated this 3RD day of JUNE, 2019.

[Notary seal: ALAN SCOTT BAKER, JR., NOTARY PUBLIC, My Comm. Expires Apr. 26, 2022, ALABAMA STATE AT LARGE]

6/3/2019

Respectfully Submitted by:

Britany Tait

Defendant *Pro Se*

## Certificate of Mailing

I HEREBY CERTIFY that on the 3RD day of JUNE, 2019, I Placed a true and correct copy of the foregoing **ANSWER** in the United States Mail at Hoover, Alabama addressed to the following:

| | |
|---|---|
| Kevin Keener | United States District Court |
| Rishi Nair | Northern District of Illinois |
| Keener and Associates, P.C. | Attn: Judge Gettelman |
| 161 North Clark Street | 219 South Dearborn Street |
| Suite 1600 | Chicago, IL 60604 |
| Chicago IL 60601 | |





## Manage Orders  Learn more   Video tutorials

Order ID ▾    **B077J1VLGM**

| Go back to order list | Date Range: Last 7 days ▾ | Ship-by date (ascending) ▾ | Results per page: 50 ▾ | Set Tabl |

**0 orders** Last 7 days

No orders were found that match the given search criteria.

Get support    Policies and Agreements    English    The Southern Maple Trading Co.    © 1999-2019, Am



