# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| General Tools & Instruments, LLC | Case No. 1:19-cv-02519 |
| v. | Judge: Honorable Robert W. Gettleman |
| Does 1-2092, As Identified in Exhibit 2 | Magistrate: Honorable Sunil R. Harjani |

## VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| Defendant | Merchant Name | Email |
|---|---|---|
| Doe 1170 | tobenoone | tobeno1one@gmail.com |
| Doe 1177 | fantastic_tune | fantastic_tune@hotmail.com |
| Doe 1231 | 上海碧岚藤网络信息技术有限公司 | maymiiwish@hotmail.com |
| Doe 1432 | More s/tore | 121377019@qq.com |
| Doe 1835 | dmoleystore | a382669740@163.com |
| Doe 2053 | lanice | hujinjinnice@outlook.com |

Dated: June 25, 2019

Respectfully submitted,

By: /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.