# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| General Tools & Instruments, LLC ) ) ) v. ) ) Does 1-2092, As Identified in Exhibit 2 ) ) ) | Case No. 1:19-cv-02519 <br><br> Judge: Honorable Robert W. Gettleman <br><br> Magistrate: Honorable Sunil R. Harjani |

## **VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| Defendant | Merchant Name | Email |
|---|---|---|
| Doe 622 | *wakehe* | wijayanto931@gmail.com |
| Doe 664 | autoimage2010 | motorimage2010@gmail.com |
| Doe 725 | dearmobil | fajakhairgood@gmail.com |
| Doe 743 | duabelasenti | arizdanarto@gmail.com |
| Doe 949 | nunggudilamar | sugianhelawin@gmail.com |
| Doe 988 | revt*stlea | gal.young.prab@gmail.com |
| Doe 990 | robbandiwahyud0 | robbiandiwahyudi@gmail.com |
| Doe 1087 | ultrajaya | ujayaltra@gmail.com |
| Doe 1088 | umeko_s | calestoelpida@gmail.com |
| Doe 1092 | us.go-fastrust | 93priambodo@gmail.com |
| Doe 1954 | w7factory | shuxu1994@126.com |

Dated: June 27, 2019

Respectfully submitted,

By:   /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.