**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| General Tools & Instruments, LLC ) | |
| ) | Case No. 1:19-cv-02519 |
| v. ) | |
| ) | Judge: Honorable Robert W. Gettleman |
| Does 1-2092, As Identified in Exhibit 2 ) | |
| ) | Magistrate: Honorable Sunil R. Harjani |

**VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| Defendant | Merchant Name | Email |
|---|---|---|
| Doe 1360 | jh06 | chenjunbopp013@163.com |
| Doe 1335 | juheng03 | chenjunbo03@163.com |

Dated: July 10, 2019

Respectfully submitted,

By:  /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.