IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| General Tools & Instruments, LLC ) ) ) v. ) ) Does 1-2092, As Identified in Exhibit 2 ) ) ) ) | Case No. 1:19-cv-02519<br><br>Judge: Honorable Robert W. Gettleman<br><br>Magistrate: Honorable Sunil R. Harjani |

## **VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| **Defendant** | **Merchant Name** | **Email** |
|---|---|---|
| Doe 1180 | smallshop | jianjian6868@126.com |
| Doe 1361 | excellentgoods | 835862639@qq.com |
| Doe 1742 | andylike | bb61511293@163.com |
| Doe 1590 | zhizhibeauty | 1533682470@qq.com |
| Doe 1494 | coolscience | leoyang10000@126.com |
| Doe 1031 | skymartjapan | con.sonrisa.0220@gmail.com |
| Doe 1212 | fuzhouhaoyuecommercecoltd | yefang3227@hotmail.com |
| Doe 1487 | muxigren | muxingren1236@sina.com |
| Doe 1494 | coolscience | leoyang10000@126.com |
| Doe 598 | The Southern Maple Trading Co. | info@thesouthernmaple.com |
| Doe 886 | kingsdirect | kd24service@hotmail.com |
| Doe 959 | outletmalls_92 | tonygnat@hotmail.com |
| Doe 1030 | simwood | chenkai88@hotmail.com |
| Doe 1033 | smurfs1985 | bianjianhao3227@hotmail.com |
| Doe 1093 | us*dolls | usdolls@126.com |
| Doe 1190 | sallyfashiondresseslimited | sili2018@hotmail.com |
| Doe 1192 | ksrplayerlimited | 184571991@qq.com |
| Doe 1193 | chinese_style | sili2019@hotmail.com |
| Doe 1211 | 义乌雅骏电子商务有限公司 | 262372722@qq.com |
| Doe 1235 | Axiaod | 976425866@qq.com |
| Doe 1251 | 武汉瀛马科技有限公司 | 3269977617@qq.com |
| Doe 1256 | shenzhen3cdigital | yangran5200@126.com |
| Doe 1267 | 广州陆顺电子科技有限公司店铺3 | lily2015602@163.com |
| Doe 1282 | chinesepopularelement | 3132368606@qq.com |
| Doe 1346 | smileyno1 | smileyno1@126.com |
| Doe 1380 | Raitron | raitron2016@yahoo.com |

| **Defendant** | **Merchant Name** | **Email** |
|---|---|---|
| Doe 1387 | 优乐潮 | 342650369@qq.com |
| Doe 1421 | simanfeiofficialstore | juyingmedia@126.com |
| Doe 1444 | cuiaiming77 | wangshili2110@126.com |
| Doe 1485 | 2016_beautiful_bride | xdfashion94@163.com |
| Doe 1526 | aalucky | shanyi654@163.com |
| Doe 1643 | sztopmall | 45008666@qq.com |
| Doe 1765 | hiesoo | xuemeng654@163.com |
| Doe 1768 | koofar | kunhua888888@163.com |
| Doe 1778 | moliz | 18173808927@sina.cn |
| Doe 1880 | ilm | wish@ilmotor.com |
| Doe 1891 | richlogic1 | 18611301056@163.com |
| Doe 1897 | joyfay | service@joyfay.com |
| Doe 1917 | 3chk | info@ksrplayer.net |
| Doe 1983 | fashionposters | qiuliangyou1971@outlook.com |

Dated: July 11, 2019

Respectfully submitted,

By: /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.