# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

General Tools & Instruments, LLC )

v. )

Does 1-2092, As Identified in Exhibit 2 )

Case No. 1:19-cv-02519

Judge:  Honorable Robert W. Gettleman

Magistrate:  Honorable Sunil R. Harjani

## **VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| Defendant | Merchant Name | Email |
|-----------|---------------|-------|
| 1031 | skymartjapan | con.sonrisa.0220@gmail.com |
| 1124 | wuyishang99 | wuyishang1985@hotmail.com |
| 1154 | thereisasun | 2092892136@qq.com |
| 1212 | fuzhouhaoyuecommercecoltd | yefang3227@hotmail.com |
| 1284 | shenzhen3cqsztechnologycoltd | 1455088933@qq.com |
| 1349 | 日昇 | 3199035307@qq.com |
| 1430 | doublebig | 864696532@qq.com |
| 1563 | luoluoairpurifierstore | chenjunbopp020@163.com |
| 1607 | caramelmacchiato | caramelmacchiato666@hotmail.com |
| 1651 | dadadechao | zmtquo20625777@163.com |
| 1665 | smarthomebebe | smarthomebebewishshop@outlook.com |
| 1728 | bingrongchen | 13033181121@163.com |
| 1788 | 4you | wishforyou2017@hotmail.com |
| 1913 | zaynah2 | 3413252122@qq.com |
| 1969 | tee_shop | zhiqianghan1016@hotmail.com |
| 1973 | huashengquanqiu | mm_creefire@sina.com |

Dated:  July 19, 2019

Respectfully submitted,

By:      /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.