## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

_____ )

General Tools & Instruments, LLC   )

     )  Case No. 1:19-cv-02519

    v.     )

     )  Judge:  Honorable Robert W. Gettleman

Does 1-2092, As Identified in Exhibit 2 )

     )  Magistrate:  Honorable Sunil R. Harjani

     )

_____ )

### VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| Defendant | Merchant Name | Email |
|-----------|---------------|-------|
| 886 | kingsdirect | kd24service@hotmail.com |
| 1190 | sallyfashiondresseslimited | sili2018@hotmail.com |
| 1193 | chinese_style | sili2019@hotmail.com |
| 1267 | 广州陆顺电子科技有限公司店铺3 | lily2015602@163.com |
| 1387 | 优乐潮 | 342650369@qq.com |

Dated:  July 23, 2019

        Respectfully submitted,

        By: /s/ Rishi Nair

        Rishi Nair
        ARDC # 6305871
        Kevin J. Keener
        Keener & Associates, P.C.
        161 N. Clark Street, Suite #1600
        Chicago, IL 60601
        (312) 375-1573
        rishi.nair@keenerlegal.com
        kevin.keener@keenerlegal.