**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| General Tools & Instruments, LLC ) <br> ) <br> v. ) <br> ) <br> Does 1-2092, As Identified in Exhibit 2 ) <br> ) <br> ) | Case No. 1:19-cv-02519 <br><br> Judge: Honorable Robert W. Gettleman <br><br> Magistrate: Honorable Sunil R. Harjani |

## **VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| **Defendant** | **Merchant Name** | **Email** |
|---|---|---|
| 537 | Orsana | retailants@gmail.com |
| 1266 | yiwujinouelectroniccommercecoltd | 15067583060@163.com |
| 1287 | demonstore | 991082765@qq.com |
| 1293 | rainbowhouse | 732486012@qq.com |
| 1312 | hair_styletradingcompany | 3094703617@qq.com |
| 1332 | aokey | 2657791250@qq.com |
| 1334 | kidslimited | wishdstore@163.com |
| 1367 | newlifeindustrialcoltd | 3570504277@qq.com |
| 1435 | newlife2016 | 3399679783@qq.com |
| 1436 | smallpotatostore | 486248217@qq.com |
| 1513 | perfectpartner | 1330959961@qq.com |
| 1674 | yongganxiao | 2718913284@qq.com |
| 1677 | huangyueru | 2943124369@qq.com |
| 1678 | shenzhengoshawktechnologycoltd | goshawk2017@163.com |
| 1681 | shanshanliu1989 | 1450453387@qq.com |
| 1736 | childhoodmemorystore | childhoodmemorywi@163.com |
| 1743 | zhanghui17 | 1182381739@qq.com |
| 1747 | chenchufen2323 | chenchufen023@163.com |
| 1751 | yanjiangman29 | demon9914@163.com |
| 1779 | aomadf999 | 3546612715@qq.com |
| 1806 | huskar | huskarstore@163.com |
| 1821 | aodfma888 | 2775415775@qq.com |
| 1857 | aomasw666 | 2769908625@qq.com |
| 1867 | huangxueqin | 1934875441@qq.com |
| 1868 | whyw | 780793443@qq.com |
| 1869 | jsy0653 | 246686347@qq.com |
| 1870 | ssangyu | 189788723@qq.com |
| 1873 | zhangbenben258 | 780374848@qq.com |

Dated: July 29, 2019

                                                                                                Respectfully submitted,

By:    /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.

2