# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| General Tools & Instruments, LLC | Case No. 1:19-cv-02519 |
| v. | Judge: Honorable Robert W. Gettleman |
| Does 1-2092, As Identified in Exhibit 2 | Magistrate: Honorable Sunil R. Harjani |

## VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| **Defendant** | **Merchant Name** | **Email** |
|---|---|---|
| 551 | Ambal Inc | ambal.inc@gmail.com |
| 585 | Authenzo | wrbonninguuchase33025286@yahoo.com |
| 1245 | 美满全球 | 903445807@qq.com |
| 1299 | fashion1988 | wishfunny@163.com |
| 1327 | caicai | hc1647264@163.com |
| 1366 | fdreams | hc1647261@sohu.com |
| 2059 | liwenhuai | hs_by_06@qq.com |

Dated: August 6, 2019

Respectfully submitted,

By: /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.