**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| General Tools & Instruments, LLC ) | |
| ) | Case No. 1:19-cv-02519 |
| v. ) | |
| ) | Judge: Honorable Robert W. Gettleman |
| Does 1-2092, As Identified in Exhibit 2 ) | |
| ) | Magistrate: Honorable Sunil R. Harjani |
| ) | |

## **VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| **Defendant** | **Merchant Name** | **Email** |
|---|---|---|
| 527 | Moonlight_Store | alisahalaniuk@gmail.com |
| 644 | ada-eb | ph@jebolist.com |
| 720 | day4sale | day4sale777@gmail.com |
| 951 | o-7399 | end@niahode.com |
| 976 | protector-2012 | protector2012@126.com |
| 980 | qinghgu | qinghguo2016@126.com |
| 1062 | taoyoumehgfd | taozhang162@gmail.com |
| 1096 | veromoda-es | sk@jebolist.com |
| 1104 | wangwangshuai1992 | is@jebolist.com |
| 1170 | supersale | 15800394613@163.com |
| 1171 | fashion_store | fashionworld999@hotmail.com |
| 1176 | home_garden | homeandgarden123@hotmail.com |
| 1177 | fantastic_tune | fantastic_tune@hotmail.com |
| 1178 | charming_family | charming_family789@hotmail.com |
| 1179 | easy_lucky | easyluck8899@hotmail.com |
| 1184 | onlinestoreinternational | wishget1990@163.com |
| 1185 | hengsonginternational | newlyone58@163.com |
| 1187 | hi5wholesale | hi5wholesale@163.com |
| 1188 | outdooronsale365 | outdooronsale365@163.com |
| 1189 | wedo_bestdeal | wedo_bestdeal@yeah.net |
| 1194 | Bestclothes | 809353695@qq.com |
| 1213 | 360degreesupplychain | 565258443@qq.com |
| 1216 | shenzhenyihosintechnologycoltd | rjl_8888@163.com |
| 1237 | Cheerwing | ebaycn.sales@gmail.com |
| 1248 | coolgirlclothingcolmt | waldo.craik@yahoo.com |
| 1264 | 上海贝斗星商贸有限公司 | eveline_kellogg@aol.com |

| Defendant | Merchant Name | Email |
|---|---|---|
| 1266 | yiwujinouelectroniccommercecoltd | 15067583060@163.com |
| 1269 | lightshineequipmentcoltd | happyman_007@163.com |
| 1278 | liveyourlifehomegardencoltd | peggykeats01@hotmail.com |
| 1287 | Demonstore | 991082765@qq.com |
| 1292 | 广州过客电子商务有限公司 | milk21cn@126.com |
| 1293 | Rainbowhouse | 732486012@qq.com |
| 1312 | hair_styletradingcompany | 3094703617@qq.com |
| 1314 | 深圳市美赞通贸易有限公司 | 3093655083@qq.com |
| 1375 | Healthysports | jasondong1486@hotmail.com |
| 1377 | Superstarforever | kepuwang@yeah.net |
| 1379 | Citylifeshop | citylifeshop@gmail.com |
| 1445 | fzlovewh2016 | fzlovewish2016@hotmail.com |
| 1459 | vrshopping | onlineshoppingstreet@outlook.com |
| 1461 | zhuling123456 | zhuling123456@outlook.com |
| 1471 | socialshopping | fashionshoppingmall@hotmail.com |
| 1497 | forestjack | m18321588771@163.com |
| 1520 | simple_style | simplestyleshop@hotmail.com |
| 1524 | hongqinfang | hongqinfang@outlook.com |
| 1531 | pengjie0907 | pengjie0907@outlook.com |
| 1533 | yuhualove | 15638211162@163.com |
| 1550 | wangyuanyuan24 | wangyuanyuan24@outlook.com |
| 1556 | guojian2304 | guojian2304@outlook.com |
| 1567 | zhangdongmei43 | zhangdongmei43@outlook.com |
| 1568 | donotallowtimetostayontheroadoflife | avenein2016@outlook.com |
| 1573 | wudianhua39 | wudianhua39@outlook.com |
| 1574 | yezhiyinqv | yezhiyinqv@outlook.com |
| 1575 | ludianmiao99 | ludianmiao99@outlook.com |
| 1578 | luochon2017nanzhuang | cookiesdove@outlook.com |
| 1579 | miracleswillhappeninabox | sunmoonll2017@outlook.com |
| 1583 | yonxiangfuzhuang2017 | dreaminll@163.com |
| 1618 | try_everything | shoppingmore@outlook.com |
| 1624 | 2538319843qqcom | 1476246718@qq.com |
| 1629 | fantasticsky | 1032217993@qq.com |
| 1633 | fangshuichenshop | huskar20170223@163.com |
| 1650 | weiting88wt | weiting88WT@outlook.com |
| 1668 | zmmzhum | zmmzhum@163.com |
| 1685 | youthforever | foreveryouth18@hotmail.com |
| 1730 | eiovensheng | eiovensheng@163.com |
| 1740 | aqwxhyg | aqwxhyg@outlook.com |
| 1741 | ikeamall | ikeamall@hotmail.com |
| 1772 | sellerno2 | 3484482279@qq.com |
| 1801 | wanglala12 | wanglala12@outlook.com |
| 1821 | aodfma888 | 2775415775@qq.com |
| 1827 | popularshirt | lalawish2017@outlook.com |
| 1856 | starryfurniture | dahaha887@outlook.com |
| 1903 | guoyanhong | wln1476246718@163.com |
| 1976 | viva_la_vida | vivalavida233@outlook.com |

Dated:  August 14, 2019

Respectfully submitted,

By:     /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.