**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

General Tools & Instruments, LLC

Plaintiff,

v.                                              Case No.: 1:19−cv−02519
                                                Honorable Robert W. Gettleman

Does 1 −2092, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 20, 2019:

     MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff, General Tools & Instruments, LLC's motion to vacate default judgments issued against Does 623, 630, 634, 639, 683, 697, 706, 713, 757, 793, 873, 888, 889, 900, 904, 939, 969, 1028, 1138, 1153, 1214, 1230, 1691, 1834, and 2080 as listed in Schedule A [59] is granted. Enter Order. Agreed motion for stipulated dismissal without prejudice [57] is granted. Motion presentment hearing set for 8/20/2019 is stricken. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.