**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| General Tools & Instruments, LLC )<br><br>v. )<br><br>Does 1-2092, As Identified in Exhibit 2 ) | Case No. 1:19-cv-02519<br><br>Judge: Honorable Robert W. Gettleman<br><br>Magistrate: Honorable Sunil R. Harjani |

### **VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 2 | ahrex | ahrex | rexsales@aliyun.com |
| 29 | yklance | yklance | sales01@yklance.com |
| 532 | MIFXIN US | A1HSS1IK5BFTUB | Lightmfxus@outlook.com |
| 683 | bingylov | bingylov | youjklc@163.com |
| 1078 | tradeonlineroyal | tradeonlineroyal | auction.cs92@suntekexpress.com |
| 1105 | watchinweb | watchinweb | auction.cs72@pzwgecommerce.com |
| 1109 | weddingmall2017 | weddingmall2017 | auction.cs100@blesiya.com |
| 1125 | xiaokisuntek | xiaokisuntek | auction.cs61@blesiya.com |
| 1151 | uebfashion | 5276f4412dcc644b3df9a875 | 18675541374@sina.cn |
| 1158 | monsterlady | 5344c1a25aefb06607e48bcd | monsterlady123@gmail.com |
| 1159 | varition | 5355c65b796f680d96c28e2c | 2298549887@qq.com |
| 1161 | tininess | 53560050ab980a13f1622ad8 | 18207425530@163.com |
| 1162 | isyours | 537418bf34067e425047377f | isyours123@yeah.net |
| 1163 | kindlyperson | 53741cf67179515e875ea9e0 | 18575513947@139.com |
| 1164 | southerner | 53789d5b796f684197096b0f | yu1861239uiwo@sina.com |
| 1165 | updation | 5378ad1cbb72c540965249df | updation@126.com |
| 1207 | mini__mall | 546f33b91280fa6a51f34f9c | mini_mall@163.com |
| 1209 | 武汉世纪易方网络技术有限公司 | 5476e9ca1280fa350a887228 | jane@janecrafts.com |
| 1283 | eallc | 55caddb3be47bb1180b9bc3f | eallc.cindy@gmail.com |
| 1515 | zjy2016 | 58199a2dd3d4474db697a685 | aaanight@163.com |
| 1528 | eyes | 582ec95bec7fdb1b7d06d224 | wisheye@sinoteck.cc |
| 1570 | better4ever | 5854e7c853ac4153f61d603b | qinpingec@foxmail.com |
| 1589 | marydirectsale | 586a21db705f104ca681924d | marymeng01@hotmail.com |
| 1617 | oceanmaps | 58a5725d38be004fc885749b | 13148741173@163.com |

| | | | |
|---|---|---|---|
| 1640 | dawefaefa | 58b418af744a3f50dd23050d | gyy_1991@foxmail.com |
| 1661 | zhouxue198699 | 58c2afe941d7f15117b9c92a | jawenid@hotmail.com |
| 1667 | yajuanfeng | 58c507f99148fb2c7219ece4 | fyj8203@hotmail.com |
| 1670 | seashell02 | 58c7b47c984b0d51100f5dae | seashell02@21cn.com |
| 1671 | sunshine456 | 58c7bf75e1f46850ab8004a1 | 18373625951@163.com |
| 1683 | gooshopping | 58cd062e8412c12d106f0a93 | gooshopping@outlook.com |
| 1689 | queenmalls | 58d3ba7ea9254d75365960c0 | queenmalls@outlook.com |
| 1749 | oceaneshop03 | 58f9785991a95f6637b027db | 992212739@qq.com |
| 1758 | tommygo | 5900992f0094b814c9275611 | tommygo21@outlook.com |
| 1817 | cityno1 | 5936a77d23be9454aa6221e8 | cityno1-ws@outlook.com |
| 1831 | jkflying | 5949175db9ef5274ebd9ea07 | jkflying@outlook.com |
| 1852 | boomclap | 595cd1face4e696367223fe8 | boomclap-ws@outlook.com |
| 1896 | leftear09 | 5993f8c790a0f1365948a4a5 | 517581557@qq.com |
| 1930 | enjoyable365 | 59e71c1c9aee091450eca5be | 18165736492@163.com |
| 1947 | weixiang006store | 5a0835aa7276531440268e8a | weixiang769@163.com |
| 2001 | fangshaobo | 5a902919a6f62e21e3e5006d | shaobof@outlook.com |
| 2007 | hufds | 5aa15885a71fbf602ee99033 | simple.wewe@gmail.com |
| 2009 | haoyuny | 5aa6854d9d5e977459416935 | hongyuy777@hotmail.com |
| 2011 | meimeideqin | 5aa7ab4fc9894971852d7b38 | zmeiqin987@gmail.com |
| 2012 | zhouhai000 | 5aa930ce823a3e30ade5423a | zhhhhzzz@hotmail.com |
| 2020 | huahongclothingstore | 5ac09ce6417cee4aa0009cc9 | blackpinkchampagne20@hotmail.com |
| 2022 | baozhenwushu | 5ac5699d18435412096d254d | riseslowly2018@outlook.com |
| 2026 | liuhaiqingai | 5acad7b4e0538871f1dc8339 | dream-0001@outlook.com |
| 2028 | chucuezhaji | 5acd7a2f40626a314c132bda | skychen415@outlook.com |
| 2030 | dsanugh | 5acef6cba71fbf6eafc98191 | bigpig2024@outlook.com |
| 2031 | vventtioooa | 5acef86815511a31b4fc277c | summer_songs@outlook.com |
| 2032 | zhangyinpin | 5acf04321b98df6a78c2b099 | battlegrounds2018@hotmail.com |
| 2033 | hebbixxll | 5acf086970cf69757fc7988b | zhaojingzxcm@163.com |
| 2034 | panxiaoyan | 5acf1bec856edf01d493d857 | coutingstars2018@hotmail.com |
| 2035 | yangxueqing | 5acf2091cd968d299afe79a3 | yueguang2020@outlook.com |
| 2037 | dawmotaa | 5acf4db1417cee463627f7ed | fashionalley@outlook.com |
| 2038 | liaishenhou | 5ad00d9acd968d0acc1eebd8 | fl1807@outlook.com |
| 2039 | zhaoyanniu | 5ad0268f2dde5e66c4b46517 | j.pengg1186@outlook.com |
| 2040 | minerzhiqian | 5ad0383f70cf690809501369 | teenagedream01@outlook.com |
| 2041 | qiuhongyudong | 5ad03c5c1b98df2658c242fd | dream-0003@outlook.com |
| 2046 | ashiyuji | 5ae2d68a417cee529872e6f1 | ll_lixiang@outlook.com |
| 2048 | aishishanja | 5ae803629c15ff0c4bec86bd | perfume_creeping@outlook.com |
| 2049 | uuwywiaq | 5ae94014d204cc1bc913eb8d | boo_normal@outlook.com |
| 2050 | iiuwiiziiaq | 5ae97874627d192265684ab8 | across_sea@outlook.com |
| 2051 | lingdangzhshi | 5aea970920388a256d94631e | dong_muse@outlook.com |
| 2052 | kkuwioozv | 5aeab46f8aaf7a13428e28b7 | deep_end@outlook.com |
| 2054 | qianlitiaoyi | 5aed6aba1c250037c9fbeb12 | order_in_disarray@outlook.com |
| 2055 | malifu | 5aed7f727824ca07bc395407 | new_slow@outlook.com |
| 2056 | hismehaoran | 5aee5870e9b7236831e113c1 | love_alive@outlook.com |
| 2057 | zuoyashi | 5aee61184972793a3341476e | stars_glisten@outlook.com |
| 2082 | xiangtanhe | 5b405e5726dfa15dfcafc450 | 13203105466@163.com |
| 2084 | eucalyptusseed717 | 5b4d966b457fbc2909edcc6f | w15173379525@outlook.com |

| 2085 | canteenflower1549 | 5b4ef2621fad502e676bf8bf | ab18207425530@outlook.com |
| 2086 | flowerbudclothes | 5b67e64a7627ed18f53ab987 | h19976655565@outlook.com |
| 2087 | exoterica | 5b6e5640d50c29103f51d0bb | ohsehuncs@163.com |
| 2088 | shumaxiaocheng | 5b73f134914a226dd3354f18 | liym@aebitsry.com |
| 2091 | nkhift | 5b99a73c2001902cda7b0f5e | shi11yong7bao@outlook.com |
| 2086 | flowerbudclothes | 5b67e64a7627ed18f53ab987 | h19976655565@outlook.com |
| 2087 | exoterica | 5b6e5640d50c29103f51d0bb | ohsehuncs@163.com |
| 2088 | shumaxiaocheng | 5b73f134914a226dd3354f18 | liym@aebitsry.com |
| 2091 | nkhift | 5b99a73c2001902cda7b0f5e | shi11yong7bao@outlook.com |

Dated: August 26 2019

Respectfully submitted,

By: /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.