IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| General Tools & Instruments, LLC )<br>)<br>v. )<br>)<br>Does 1-2092, As Identified in Exhibit 2 )<br>)<br>) | Case No. 1:19-cv-02519<br><br>Judge: Honorable Robert W. Gettleman<br><br>Magistrate: Honorable Sunil R. Harjani |

## **VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 7 | bothwinner | bothwinner | support1@bothwinner.com |
| 16 | jyccolor | jyccolor | ivypeng@bothwinner.com |
| 526 | TD-Fourtenn-store | A1BIR104OOGBWB | td5store@hotmail.com |
| 562 | 527 SQUAD | A2LTHHQOW6L7MC | yanghy9192@163.com |
| 589 | EF-T | A3SFQS2Q4BM7U9 | artef_s@hotmail.com |
| 612 | Enrui.SR9 | AUDXQL6KVLR7W | sr92017us@hotmail.com |
| 714 | cosme_link | cosme_link | support@fashoutlet.com |
| 1157 | loverlyer | 5344b510bb72c56198ccd4c5 | loverlyer123@126.com |
| 1303 | shenzhenguangruizhitechnologycoltd | 5604b9c3ecac2942999818ca | skytes@163.com |
| 1460 | customerstore | 57976393141f7e0f8649614a | pdg96945@163.com |
| 1502 | moringmr1 | 57ea468c28a7374e700f3d34 | lygef5wish@hotmail.com |
| 1739 | leotechnologylimited | 58f3505d6e971211a4f728c0 | pengxuehuan@163.com |
| 1924 | smartmumbeautifulbaby | 59d8db3847d5667861346757 | jiangaijiaoamz@hotmail.com |
| 2027 | ssvnmeuoo | 5acd617b4f6b492c6e48bed9 | wmi13zhangxue@hotmail.com |

Dated: August 30, 2019

Respectfully submitted,

By:     /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600

Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.