# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

General Tools & Instruments, LLC

v.

Does 1-2092, As Identified in Exhibit 2

)
)
)
)
)
)
)
)
)
)

Case No. 1:19-cv-02519

Judge:  Honorable Robert W. Gettleman

Magistrate:  Honorable Sunil R. Harjani

## AGREED MOTION FOR STIPULATED DISMISSAL WITHOUT PREJUDICE

Plaintiff, General Tools & Instruments, LLC and Defendants listed in Schedule A to this Motion (collectively "the parties"), hereby move for the entry of a stipulated dismissal of this case without prejudice. In support of this Motion, the parties state as follows:

1. The parties have entered into a Settlement Agreement which provides for the resolution of this Action without further litigation.

2. Contingent on performance of this Settlement Agreement is the cooperation of certain third-party asset holders, namely online merchant platforms who have responded to the prior injunctive relief by restraining assets and, now, who have to apportion those restrained assets according to the settlement terms as agreed by the Parties.

3. However, these third parties are not willing to disburse assets without a dismissal order, therefore dismissal is warranted facilitate adherence to the Settlement Agreement terms.

WHEREFORE, the parties hereby request that the Court

a. Enter an Order authorizing disbursal of the frozen assets held by third parties as

agreed between the Parties;

b. Retain jurisdiction to enforce settlement and grant leave to reinstate the claims

against the Defendants if settlement fails; and

c. Dismiss this action without prejudice, and without attorneys' fees or costs

assessed to any party subject to reinstatement.

Dated this 30th of August, 2019

Respectfully submitted,

By:      /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.com

## SCHEDULE A
## Defendant List

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 12 | holcreation | holcreation | qinqin@unitedindustrieshome.com |
| 68 | Wiysond TECH. Store | 1045871 | wen.ys@163.com |
| 71 | MRO SUPPLIER Store | 1111818 | chinashugo@163.com |
| 442 | NV Lighting & Tools Store | 4392057 | jinlinmy77@sina.com |
| 450 | House Improvement & Tool Store | 4416143 | shztengfeidianz@sina.com |
| 476 | Warm & Stylish Life Store | 4497097 | mygirloop@sina.com |
| 478 | Everything In Your House Store | 4502084 | szfykjko1@sina.com |
| 524 | 1491 Lucky Store | A1BC45WBHRWZF1 | Markma.s@outlook.com |
| 574 | Amenvtool | A32NQQQNGRIO14 | gpdeals@163.com |
| 613 | Mosa Baby | AVIJ0QDRDH880 | nghiant.amz@gmail.com |
| 657 | annannlee | annannlee | sellerannlee@gmail.com |
| 698 | cc1266 | cc1266 | o85879070dulupu8@163.com |
| 708 | cnc-mall | cnc-mall | guyang2017@hotmail.com |
| 721 | dbwsd139 | dbwsd139 | kaibltis60@163.com |
| 766 | euclouds | euclouds | eucloud@hotmail.com |
| 792 | function-e.mall | function-e.mall | zsclothing99@gmail.com |
| 802 | globelsupply | globelsupply | globelsupplyhut@outlook.com |
| 967 | pinpin_yan | pinpin_yan | xiupingyan@hotmail.com |
| 1032 | smartech2016 | smartech2016 | smarttech2016@yahoo.com |
| 1047 | su_hk09 / sun_hk09 | su_hk09 | 18926472489@163.com |
| 1057 | sxbfbesegin | sxbfbesegin | kevin0206@foxmail.com |
| 1086 | uforeverk | uforeverk | annleeus@gmail.com |
| 1116 | windstowal | windstowal | windsto@hotmail.com |
| 1160 | popularqueen | 5355f5e2736046282f9c529e | popularqueen189@163.com |
| 1201 | vakind | 545b19a51280fa5057cde901 | lovinclover156@126.com |
| 1234 | 武汉市上没电子商务 | 54f1b8346b8a7748569e3a8e | songhuofeng@hotmail.com |

| | 有限公司 | | |
|---|---|---|---|
| Doe # | Seller Name | Seller ID | Def. E-mail |
| 1265 | shinyfashion | 5583cd456dcfb31880ac59db | luoyingsong@hotmail.com |
| 1295 | 浙江杭州顶方电子商务有限公司 | 55fa7203141a6e429d3347d9 | dingfangwish3@yeah.net |
| 1308 | 深圳壹泽贸易有限公司 | 560947723a698c594699ce88 | orzchina05@163.com |
| 1352 | blackleio | 568b908c943b007756cd2698 | leiobikini@outlook.com |
| 1393 | happygao | 5709f37ffa6bee7a679b7170 | xevt1987@163.com |
| 1394 | excellentquality | 570cf23a4d73230d464af6c4 | prgx6400@126.com |
| 1425 | familygift | 574bd713f78ae05ffcc553e0 | 3442774959@qq.com |
| 1549 | yanqiangshop | 5845190581089101ba216775 | silhouette13@126.com |
| 1552 | fujingshe | 5847baccc7c94f6976415001 | fujingshe1@126.com |
| 1561 | happybabycorn | 584b777b6339b424291aa2a6 | happybabycorn@126.com |
| 1588 | likebuystore | 5864e5e27382824d6b8f9785 | 1050909823@qq.com |
| 1602 | overseaseller | 5881da08a451335b1b34df45 | welcomeveryday@sina.com |
| 1634 | yinuodewuhouyangguang | 58aebc8aff7522086248bd62 | t221-onlyou@outlook.com |
| 1658 | kity | 58c231aa95dc43507b129284 | ujiaowen90@outlook.com |
| 1687 | cityofshopping | 58d0f330b9d9d6505c44b2b4 | cityofshopping@126.com |
| 1692 | wang51 | 58d4b9e639c21f57b7bcb9a7 | wanggangt246@126.com |
| 1935 | zhengmin2017 | 59f19eeb0ec30f1b0fd44828 | zhengmin2017@163.com |
| 1990 | yayaxue | 5a66aa436ea4a727932971cc | meng5657@outlook.com |
| 2013 | gaofeiyuanzouo | 5aace7de2fbbdc48c4a6d648 | zwd372129703@tom.com |
| 2089 | wy8541369 | 5b7672d0b609992f12276155 | kl5581@126.com |