# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

General Tools & Instruments, LLC

            Plaintiff,

v.                   Case No.: 1:19−cv−02519
                   Honorable Robert W. Gettleman

Does 1 −2092, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9, 2019:

   MINUTE entry before the Honorable Robert W. Gettleman: Agreed motion for stipulated dismissal with Does 12, 68, 71, 442, 450, 476, 478, 524, 574, 613, 657, 698, 708, 721, 766, 792, 802, 967, 1032, 1047, 1057, 1086, 1116, 1160, 1201, 1234, Doe #, 1265, 1295, 1308, 1352, 1393, 1394, 1425, 1549, 1552, 1561, 1588, 1602, 1634, 1658, 1687, 1692, 1935, 1990, 2013, and 2089 without prejudice [66] is granted. Enter Order. Motion presentment hearing set for 9/10/2019 is stricken. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.