IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| General Tools & Instruments, LLC <br><br> v. <br><br> Does 1-2092, As Identified in Exhibit 2 | Case No. 1:19-cv-02519 <br><br> Judge: Honorable Robert W. Gettleman <br><br> Magistrate: Honorable Sunil R. Harjani |

### VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 1 | 4seasons | 4seasons | info@4seasons-trading.com |
| 5 | autobosen | autobosen | jack@autobosen.com |
| 52 | Love land_ | 633113 | sumaitong13@outlook.com |
| 64 | Justforwholesale Store | 1018677 | elaine100799@163.com |
| 121 | Dan Chen Zi | 1826167 | nanya4802@163.com |
| 126 | Magic Mush Room | 1863133 | chenying18744@163.com |
| 130 | ^_^Best Selling Store^_^ | 1904853 | wunaile0219@126.com |
| 596 | Leejun | A7H74G4XRM9HZ | lee8541jun2234@163.com |
| 650 | allstar-seller | allstar-seller | cjmw2008@gmail.com |
| 692 | buybao365 | buybao365 | c2cbay@163.com |
| 702 | chgogobuy | chgogobuy | chenying18744@163.com |
| 706 | cjcmall | cjcmall | cjcmall789@gmail.com |
| 733 | dohairx | dohairx | ddsalor@gmail.com |
| 808 | greatlength | greatlength | googoo2088@gmail.com |
| 810 | guodhshop | guodhshop | guodh1987@163.com |
| 889 | kkmall666 | kkmall666 | kkmall20170106@hotmail.com |

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 1064 | th-trade | th-trade | zhuweiwen92@163.com |
| 1146 | zhaoyang5682 | zhaoyang5682 | liukun7891@126.com |
| 1173 | xiamenhexinfashioncoltd | 53c160e84497c52f04c88615 | leioxu@outlook.com |
| 1236 | shenzhenmoscatechnologycoltd | 550053d9a0086e018de55559 | spitzer525@hotmail.com |
| 1373 | ddup | 56d5a586eaa7112e000f40e8 | leiowish@outlook.com |
| 1374 | fahionup | 56d807889df73616962f1849 | leiofashion@outlook.com |
| 1384 | fanhouliang | 56f942aaf5a3ff589f71c422 | hy123456aa@outlook.com |
| 1397 | shopinginchina | 571379c2853cde592cd9628d | hallogeek@outlook.com |
| 1403 | jasonhhuu163com | 571da1690f343a58fc672209 | jasonhhuu@163.com |
| 1405 | hallocute | 572815761c36f75926f61dba | qianxi1128@sohu.com |
| 1406 | heliangxin | 572965d6f35bbb73ecfb203a | heliangxin@outlook.com |
| 1413 | znclothing | 573c2c923877a4596805014a | znwish@outlook.com |
| 1414 | joymode | 573c3806be2e68592489fa02 | clwish@outlook.com |
| 1415 | bossclothing | 573c5029602a49597456eaed | jqwish@outlook.com |
| 1416 | loverdream | 573c568a3a698c7cf2b28b1d | hmywish@outlook.com |
| 1417 | hldream | 573d215bc170251d97346e68 | hlwish@outlook.com |
| 1419 | wxfashion | 573eb7b37a381f5aa39fafa7 | wxfashion@tom.com |
| 1422 | yfdream | 574562e4577c74774b13ec14 | ydream123@outlook.com |
| 1427 | bxfashion | 574d3738d503c05c9590e08b | bxwish@outlook.com |
| 1476 | ffempress | 57b5529e0521854c5dfdcb03 | ffempress001@outlook.com |
| 1481 | slclothing | 57bbf7ca86cf12694fcedfff | flyywish@outlook.com |
| 1489 | gbshop | 57c6994b0ec9b46da3af2e4e | gbshop125@outlook.com |
| 1490 | jjbook | 57ca2bac787ffe3bc58b49a3 | jjbook001@outlook.com |
| 1492 | xjworld | 57cfdd94d4875f3c3a7a6c09 | gxjwish@outlook.com |
| 1503 | baobaolove | 57eb84e4cfd0b237c84c4a50 | 3387254659@qq.com |
| 1505 | diaodou | 57fb446da58a5a1944464c35 | diaodou01@163.com |
| 1511 | shoesplaza | 58116257a7a843196b401173 | shoesplaza151@outlook.com |
| 1553 | chinafootwear | 5847bda468eb8473f1317d2a | zliwish@outlook.com |
| 1560 | summerbody | 584b5dfe2c9bcc4c96fe5e5c | hxwish@outlook.com |
| 1584 | jewelrycity | 586365224b60fe2b6632cb7e | gyfwish@outlook.com |
| 1587 | top1jewelry | 5864cf599236976b08a0d04a | lyywish@outlook.com |

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 1601 | lavitaebella | 588056c92511f84ca67f7292 | lisuwish@outlook.com |
| 1615 | guaimomotou | 58a2daabb80ba86e2d8fc108 | lpwish@outlook.com |
| 1619 | glamoration | 58a6bf15240b2f573ddece59 | hxxznwish@outlook.com |
| 1622 | cuijingcang | 58a86141ee60e06f4befc7cc | m17077513124@163.com |
| 1626 | 568971 | 58a9d77c0f4dcf6f16c7f08e | m17087358831@163.com |
| 1628 | huangcancan | 58aaeb2aa5ee2b50e003b7df | meifangwish@outlook.com |
| 1632 | raojiaming | 58ad5148e5177c50695bbe64 | m17077511295@163.com |
| 1637 | zxc1578 | 58b2ed4a96f1bb13fd845168 | 17077513378@163.com |
| 1638 | yueyuessstore | 58b3d0244bd8b250412897da | m17077516105@163.com |
| 1639 | cuimeng | 58b4074e6aa4aa50e3b7cdf7 | s18715013860@outlook.com |
| 1654 | xinbazaar | 58c001de6f009c3db7d400df | xinbazaar8012@outlook.com |
| 1660 | hezhougongji | 58c25f81e2de03506e2e1f9e | luoweiwish@outlook.com |
| 1663 | liyangsh | 58c3f4243713b12f45d8eaaa | yoon0121@outlook.com |
| 1666 | zhaojing017 | 58c4e1eaffcbce51088613de | zuola18033978892@163.com |
| 1669 | liuyuxia | 58c774cd5850e150f3147e46 | m17087322889@163.com |
| 1694 | guxin | 58d627497366575350b0fda5 | wzz0123@outlook.com |
| 1695 | guiqq | 58d640c9367e760ec9b93e5b | m15241421203@163.com |
| 1696 | wangjiemeng | 58d665e262982052bca8f07f | hmfdgdg8877@outlook.com |
| 1697 | zouyandedian | 58d73b6177992952c5ddce98 | hexin1313@outlook.com |
| 1732 | jilijie | 58ee066b7547cd0fb1bc1caa | m15174004972@163.com |
| 1784 | happylands | 59142527fc9cce47200a08b0 | huity20321@126.com |
| 1803 | starsport | 59278d43e6fbf05903869f81 | ansenjianlu@163.com |
| 1854 | yuanlin102 | 5960c15bd44a9b3640a7c288 | dc285131@163.com |
| 1874 | zwwsj | 59732c01e771747a4ac27cd0 | goofloucok00138@outlook.com |
| 1879 | jellybeancollectiblesllc | 5979e77f8ee78d51003783a4 | wwwpps101510@outlook.com |
| 1884 | duansaisai | 597fe3453eb22a7c5640dad9 | hexin2018su@outlook.com |
| 1886 | palmtouch | 5980805eeea5c53db7442830 | lp18779812179@163.com |
| 1890 | 2532 | 59872ee490a0f177e68822ef | hlz20180122@outlook.com |
| 1892 | lym520 | 598ac64e439a9874a7e3668b | h3330209982@163.com |
| 1926 | raboeard | 59dc2d66448a521706c65244 | raboeard@163.com |
| 1960 | pangjingnan | 5a1a467e48e6b25856dccdf3 | hxwishtwozsl@163.com |

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 1961 | youlanmei | 5a1bdaed0ec30f3693b53420 | yuyanyuy@outlook.com |
| 1962 | shashanong | 5a1c2a289aee09394af7086d | shashadangdang@outlook.com |
| 1967 | lansufen | 5a1fd7677ce75c01d732d926 | lansuwish2017@outlook.com |
| 1979 | softsnow | 5a4ceb7b2023101867046169 | fenru123@sina.com |
| 1984 | xinghuaastore | 5a605fa27f9ae5150bbd43c6 | bladipu@tom.com |
| 1985 | yingziladiesshoes | 5a609891ef626b2fcd1148b6 | feuchai@outlook.com |
| 1988 | hexiaofengg | 5a65a5daddda8c060f7b49f8 | hexinwish1688@outlook.com |
| 1992 | romanticfullinhome | 5a6971fddb0e426f4ff02b6b | muuma1@tom.com |
| 1993 | asd5adsxc012 | 5a6c18035349201cb31f8e30 | cloudlolo123@outlook.com |
| 1994 | as23d454bv0121 | 5a7184751b98df477668ec0b | xiufeng415@outlook.com |
| 1995 | fanting258 | 5a752bb4abef95645901c88a | jingyuxu23@outlook.com |
| 1996 | muhongwen | 5a75701eddf45b5f5277bc64 | fourmeng@outlook.com |
| 1997 | pengjingpengdexiaopu | 5a765db3db5f1f0f2eac7d98 | menglee111@outlook.com |
| 1999 | liulingai | 5a7d818c856edf04c5ca3986 | relifelin@outlook.com |
| 2024 | xinyanhui | 5acacc92ccf0c865af264da2 | waaalin@outlook.com |
| 2060 | yanganpingshiwo | 5affb041cfb44a6021488c7e | skyzhzh@outlook.com |
| 2065 | fightifhethinksheright | 5b15f3d9686a131977b7de78 | ddddhhz@outlook.com |
| 2067 | mineraiwuji | 5b1c94a4d1c360517d1e57a2 | bu2sdx@outlook.com |
| 2068 | liuyanghes | 5b1f5d3e2b04103638e72e5f | munisooo@outlook.com |
| 2071 | yuyingyingyu | 5b23742943b3b60279a67fcb | mmmmgu@outlook.com |
| 2072 | hlhddp | 5b2486c02b04103ed6ab9054 | likeavaa@outlook.com |
| 2073 | haifengnong | 5b24ae747752c86b36afa2f0 | zuanssssh@outlook.com |
| 2074 | wyddpco | 5b24b515d1c3601b7899e9a3 | rrrrrdian@outlook.com |
| 2077 | chengmeiai | 5b2de5cd2b041048f716847c | yyyyfaz@outlook.com |
| 2079 | meiyashi90 | 5b2e40fc6119343744962425 | ccccchhgk@outlook.com |

Dated: September 9, 2019

Respectfully submitted,

By: /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener

4

ARDC #6296898<br>
Keener & Associates, P.C.<br>
161 N. Clark Street, Suite #1600<br>
Chicago, IL 60601<br>
(312) 375-1573<br>
rishi.nair@keenerlegal.com<br>
kevin.keener@keenerlegal.