IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| General Tools & Instruments, LLC ) <br> ) <br> v. ) <br> ) <br> Does 1-2092, As Identified in Exhibit 2 ) <br> ) <br> ) | Case No. 1:19-cv-02519 <br><br> Judge: Honorable Robert W. Gettleman <br><br> Magistrate: Honorable Sunil R. Harjani |

## **VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 110 | LTZFTL tool Store | 1626734 | liugift@163.com |
| 117 | All Bestselling Store | 1758745 | w5330765@163.com |
| 195 | Ali-House Improvement Store | 2785249 | zthdmsmt33@163.com |
| 196 | Ali-HTI Store | 2786236 | gmtzy657@163.com |
| 256 | Ali-Jew Lighting Store | 2960191 | vkie71157@163.com |
| 271 | First Chioce House Inprovement Store | 3009063 | vum9326535@126.com |
| 288 | Ali Improvement Store | 3168027 | carw62861gzw@126.com |
| 292 | Iraq Code Store | 3192067 | qbqpg3164@163.com |
| 293 | Trendy Store Store | 3193015 | wasting23yu@sina.com |
| 297 | Tool Light Market Store | 3198041 | tiolwni5@163.com |
| 311 | Decoration Zone Store | 3222154 | xlps91097@163.com |
| 328 | High Five Store | 3386009 | daoyangua23@163.com |
| 347 | ZT-HomeImprovement Store | 3582004 | m18005697548@163.com |
| 369 | Ali LikeLighting Store | 3729004 | jqigmtfdqdmd04@163.com |
| 381 | Qualified Tools Store | 3874063 | yaopo67416@163.com |
| 390 | room&decoration Store | 3908032 | ganwen67617@163.com |

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 518 | JBT Global | A15OHP9BLTA4V7 | Johnny@jbtgroup.eu |
| 535 | Omont | A1JX8BUSMUAXJP | cooperqian235@yahoo.com |
| 593 | Lavin Thesse | A5YJAG6ZL8DHS | ivan.panin.amazon@gmail.com |
| 601 | JulzzStore | ADXZPYQZM3RG5 | dsk.jully1992@gmail.com |
| 615 | ShenZhouUS | AXGWIH514HT88 | usspectrum@outlook.com |
| 665 | autumn-weather | autumn-weather | aamf41798@163.com |
| 672 | beautylady365 | beautylady365 | auction.cs75@pzwgecommerce.com |
| 724 | dealsgoing | dealsgoing | auction.cs32@szecommerce.com |
| 747 | e-suggestion | e-suggestion | u3ub3vgmu2fh@163.com |
| 755 | electronic-pilot | electronic-pilot | pwzm8191@126.com |
| 776 | fashionf2018 | fashionf2018 | auction.csales8@perfeclan.com |
| 778 | fat-mango | fat-mango | fatmango925@126.com |
| 785 | fjirev665-2 | fjirev665-2 | fjirev665@163.com |
| 796 | gardensupplies_online17 | gardensupplies_online17 | auction.cs115@baoblaze.com |
| 809 | greenteatime2016 | greenteatime2016 | greenteatime@126.com |
| 853 | intertradego | intertradego | auction.cs33@szecommerce.com |
| 859 | jewelry-base | jewelry-base | jewelrybase365@126.com |
| 863 | jhz9159005-3 | jhz9159005-3 | jhz9159005@126.com |
| 868 | jindia | jindia | auction.cs60@blesiya.com |
| 874 | jsbay88 | jsbay88 | auction_cs16@suntekstore.co.uk |
| 890 | kwongyuenelectronics | kwongyuenelectronics | tixi3982@126.com |
| 931 | moon_city2000 | moon_city2000 | zhangxian899@gmail.com |
| 934 | motortradeonline | motortradeonline | auction.cs39@szecommerce.com |
| 939 | new-star2018 | new-star2018 | ulyssesi80329@gmail.com |
| 950 | nvj5865684-4 | nvj5865684-4 | nvj5865684@126.com |
| 958 | only_just | only_just | coukuang5110517@163.com |
| 962 | paska2016 | paska2016 | auction.cs001@hotmail.com |
| 965 | peoplestechnology | peoplestechnology | blzw078263@126.com |
| 966 | picturesque-landscape | picturesque-landscape | jst6758@163.com |
| 977 | pxna_86 | pxna_86 | pxnaxyxn@gmail.com |
| 997 | saih.tan | saih.tan | tletga56881@163.com |

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 1006 | sex-plaza2014 | sex-plaza2014 | sexplaza365@126.com |
| 1027 | silentmusic16 | silentmusic16 | hhbx1721732@126.com |
| 1029 | simplehomeline | simplehomeline | noxc1871@126.com |
| 1081 | trail-blazer21 | trail-blazer21 | blgbnvl9431458002@163.com |
| 1083 | trs-seller2012 | trs-seller2012 | trsseller365@126.com |
| 1097 | vesny89735-6 | vesny89735-6 | vesny89735@126.com |
| 1168 | shanghaihqtechnologycoltd | 53a701ed46188e14297b15fc | tony_wishstore@126.com |
| 1210 | themoneyatonceno2 | 5477d6a99719cd0a92b8fb4c | luzhongjiewish@126.com |
| 1255 | anglesky | 5567075e548f7b3215910853 | gkan57131@126.com |
| 1259 | shanghaidunsenstore | 557c42a6593a91223b7d542a | wish_sen@126.com |
| 1289 | supermarketstores | 55de8ada8f893328d93319b0 | mouzhiping_0827@sina.com |
| 1315 | lovehome99 | 561dea88782fdc0f35ca5f27 | fxfttmlkf68918@126.com |
| 1326 | amazingtradingstore | 563d9d6cc8274557fa3fd035 | p3581698@163.com |
| 1343 | exhibitionofxiang | 566942d72a5281269b0287df | lapcspklgn74@163.com |
| 1369 | magictomson | 56cad35b1e15ff0d59e1b4c7 | tomsonz@qq.com |
| 1370 | magictttt | 56cbfd6008b5e01392d1cba9 | wishtomsonzhang@outlook.com |
| 1378 | unexpectedsurprise | 56dea92284eda616b083175e | mfukaiy90@163.com |
| 1386 | gymboreehoney | 56fb7f4d5cbb5a55bfd416e9 | yzg81277@126.com |
| 1391 | qiaoqiao | 57065da03a698c0c37998880 | wishqiaoqiao@sina.com |
| 1396 | lovelifemore | 570f6859ef4f0d64c60bc296 | lovelifemore99@sina.com |
| 1400 | lucky11 | 5718cf21f24dd9591acc9400 | 2238181856@qq.com |
| 1401 | gardanely | 5719eee27f01ca7394df006e | ljsc4976224565@126.com |
| 1454 | niuqiaobing22 | 578cc7584d66920c65d29279 | yrkv52@163.com |
| 1462 | dtyygg | 579f254db2ea3e0f535ea73f | xmoh63@163.com |
| 1465 | bumintechnology | 57a1bbb4b44e4d0f5551b979 | owor02@163.com |
| 1466 | happy8056 | 57a1d769ffd2810f3a168897 | uzom59@163.com |
| 1565 | lijiajun | 5850fffae7881151aa24a343 | cvj451@163.com |
| 1571 | beatable | 5854f0e1810891037db16969 | cwu720@163.com |
| 1576 | shenwenhui | 58591b0b81089132385db673 | lxtoln@163.com |
| 1592 | videdress | 586f5959faf72a517ae93acb | orangewu.90@gmail.com |
| 1608 | mashuyuan | 589aa6ebd9e1c44f5045e8ce | 201717th@sina.com |

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 1609 | xuliheng2017 | 589c3caefecdb94ffe8a3d22 | haihaoxiansheng@qq.com |
| 1676 | dulang | 58ca66c23a8bc86f5fcaffa0 | rdr34106194@163.com |
| 1679 | wendybeautiful | 58cb94fd11f4365058e985e1 | wendybeautiful@163.com |
| 1705 | lionmouse | 58da49c92c3a8f52a755d4a0 | frienogether666@163.com |
| 1724 | dfsfsbdfndf | 58e896048cdaab164d4e1388 | yizong1711629@163.com |
| 1726 | chenchanghong | 58e9d6bef42172325cdd6fc2 | uzr0620507@126.com |
| 1738 | fashioncharmshow | 58f0dacf759eb6040601ae77 | 2062226159@qq.com |
| 1750 | wukaixuan | 58f9bd48eb47192c8c94fab6 | lkk8421711@126.com |
| 1769 | amazing4u | 590c3f539e52ea57f0db1fbe | 13524646385@163.com |
| 1791 | lingzixiaopu | 591d49ba1d7eca508e56bba1 | fdw4018509@126.com |
| 1864 | universaltechnology | 59687a98c25081301aceaf05 | yim378_ing@163.com |
| 1875 | binn | 5977f7112f46ab42c15ecf25 | wulaopo@163.com |
| 1876 | 24hwatches | 597898d40ec30f2940588919 | zhangcanyuwss11@yil5.com |
| 1907 | huiminxiaodian | 59b344f730e1f36b2581cb8d | 1977790556@qq.com |
| 1968 | songking | 5a1fe7ba68788b2d66e8ac66 | 3586456083@qq.com |
| 1972 | songsong888 | 5a2bb550db0e4233e96c1d77 | 408974149@qq.com |
| 2021 | xdx888 | 5ac1fe37db5f1f2ef3aa018d | 2470008742@qq.com |

Dated:  September 20, 2019

Respectfully submitted,

By:      /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.