General Tools & Instruments, LLC
                              Plaintiff,

v.                                          Case No.: 1:19–cv–02519
                                            Honorable Robert W. Gettleman

Does 1 –2092, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26, 2019:

MINUTE entry before the Honorable Robert W. Gettleman: Status and motion hearing held on 9/26/2019. Plaintiff's Agreed motion to stipulated dismissal without prejudice as to Does listed in Schedule A [72] is granted. Enter Order. Status hearing set for 11/14/2019 at 9:00 a.m. Mailed notice (cn).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.