IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| General Tools & Instruments, LLC ) ) v. ) Does 1-2092, As Identified in Exhibit 2 ) ) ) ) | Case No. 1:19-cv-02519 Judge: Honorable Robert W. Gettleman Magistrate: Honorable Sunil R. Harjani |

## VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, General Tools & Instruments, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 22 | omenatech | omenatech | sales@omenatech.com |
| 123 | Only Time Will Tell | 1849210 | summersummer88@outlook.com |
| 136 | Xiaomii_Holiday Store | 1957833 | xi_aomii@163.com |
| 139 | Relax Yourselves Store | 1958674 | shanghaaii@163.com |
| 155 | Hey Girl Store | 2128135 | hejie123_hj@163.com |
| 159 | Shop2135097 Store | 2135097 | fangbingbing_123@163.com |
| 166 | Stationery & School supplies Store | 2337095 | mcnxsz@sina.com |
| 183 | SCHOOL&OFFIC E Supplies Wholesaling Store | 2630008 | adame22@163.com |
| 189 | Warm Corner Store | 2672140 | taiyan667@163.com |
| 205 | Rest Yourselves Store | 2846099 | sdr_taotie@163.com |
| 207 | beautifu & Healthy Store | 2858101 | sdr_qinglong@163.com |
| 211 | Be Punctual Store | 2881215 | rakodax_xinxin@163.com |
| 212 | Manufacture Spirit Store | 2881216 | rakodax_lw@163.com |
| 222 | BeautyGoods&Crafts Store | 2917015 | daruigu@outlook.com |
| 234 | LoveOutdoor Store | 2946035 | rakodax_88@163.com |
| 239 | Have Tools Store | 2949050 | noyo_verins@163.com |

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 275 | Amyfifi Bags Store | 3086022 | afshskh@163.com |
| 276 | EduSupply Store | 3086123 | mnbhda@sina.com |
| 279 | Beautiful Offi-ce Store | 3092112 | oemfualpog@outlook.com |
| 284 | FunFun`s Store | 3115028 | nterester@163.com |
| 294 | Digital Tech Store | 3194048 | sdshghk@sina.com |
| 316 | PENCIL-BOOK Store | 3248098 | natureyet@outlook.com |
| 319 | Tooling House Store | 3259041 | jin1@dresspro.com |
| 332 | Fun city Store | 3413017 | jyrevnm@outlook.com |
| 352 | Satisfy Yourselves Store | 3618075 | joylivecy_freyr@163.com |
| 356 | Nearby you Store | 3629095 | joylivecy_sif@163.com |
| 361 | Hardware grocer Store | 3668005 | joylivecy_frigg@163.com |
| 407 | Momo Tooling Store | 4048011 | moyu2@jebolist.com |
| 436 | Sundry Homes Improve Tool Store | 4378048 | sunhc5@eaglestime.com |
| 489 | Yuyu2 Store | 4607015 | yuwl2@aebitsry.com |
| 516 | Ankace | A13YZ7M2UYJORA | TANYA_LIMITEDhappy262@usa.com |
| 560 | ynltd | A2H8JZH9AT3AXH | ynltd@hotmail.com |
| 590 | Sandalas | A3TMC2CYXWFUQO | liangfangsir@hotmail.com |
| 655 | andwind | andwind | andwindy@outlook.com |
| 686 | boss7321 | boss7321 | boss201308@gmail.com |
| 800 | gintagubua_0 | gintagubua_0 | lopezlees@hotmail.com |
| 820 | happyvalley009 | happyvalley009 | happyvalley319@gmail.com |
| 821 | hdjkhdjk1 | hdjkhdjk1 | hdjkhdjk@outlook.com |
| 908 | lucky.warm | lucky.warm | luck3636@outlook.com |
| 1021 | shoptongs | shoptongs | shoptong@outlook.com |
| 1099 | vip9029 | vip9029 | vip201308@gmail.com |
| 1203 | 腾飞商贸有限公司 | 54670fc990c776659eb9816f | jamesztb@hotmail.com |
| 1241 | sqsewingfactorycoltd | 5524784c92a3e61b096e4d23 | nsqsales2@163.com |
| 1247 | homelesspeopletechnologycoltd | 5541e6fb5252290c0b226a81 | 993397663@qq.com |
| 1356 | wandershipping | 56964a508f41fb32e45e6528 | 381451336@qq.com |
| 1357 | limoment | 56987bd511c8d20e589b6e30 | 2256757762@qq.com |

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 1364 | fallenleaves | 56c709548bd26e30ce9639a1 | 3281468025@qq.com |
| 1509 | dreamword | 580d7038ecd5d0199ddeb146 | wishuk@jebolist.com |
| 1659 | kangyistore | 58c2380941d7f15106b9a0af | 18006528593@163.com |
| 1844 | sunqingxiangstore | 59551028abea91772949488c | sunqingxiang17629@163.com |
| 1894 | yoyo123 | 598d06f0f628f526f4053c2f | agencytrip@sina.com |
| 2061 | kaichenganfang | 5b0119067d4d84478790b6a6 | wzdehfan@outlook.com |
| 2063 | mgezhi | 5b0654788b8be94ddfbfcddb | migezhi@outlook.com |

Dated: October 21, 2019

Respectfully submitted,

By: /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.

3