IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| General Tools & Instruments, LLC ) <br> ) <br> v. ) <br> ) <br> Does 1-2092, As Identified in Exhibit 2 ) <br> ) | Case No. 1:19-cv-02519 <br><br> Judge: Honorable Robert W. Gettleman <br><br> Magistrate: Honorable Sunil R. Harjani |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause coming to be heard on the agreed motion of Plaintiff General Tools & Instruments, LLC ("General Tools")'s Agreed Motion For Stipulated Dismissal Without Prejudice (Dkt# 80), and the Court being advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. All claims asserted, by Plaintiff, General Tools, in this suit against Does 4, 10, 21, 57, 59, 62, 65, 67, 70, 72, 74, 79, 80, 87, 96, 105, 176, 190, 191, 192, 197, 218, 225, 226, 231, 232, 237, 238, 247, 258, , 261, 266, 267, 268, 273, 277, 280, 285, 286, 287, 291, 300, 303, 304, 305, 306, 321, 335, 343, 359, 362, 365, 371, 373, 374, 376, 377, 378, 379, 382, 385, 388, , 391, 396, 399, 402, 403, 404, 405, 406, 409, 410, 418, 419, 420, 423, 424, 425, 426, 428, 431, 433, 434, 435, 438, 441, 443, 445, 449, 453, 455, 463, 468, 469, , 471, 475, 480, 481, 484, 485, 486, 493, 496, 529, 531, 536, 552, 565, 568, 579, 583, 608, 625, 626, 632, 641, 643, 671, 675, 679, 704, 713, 732, 741, 751, 759, , 773, 782, 789, 791, 795, 805, 817, 819, 834, 845, 857, 860, 861, 862, 877, 881, 898, 901, 911, 915, 917, 926, 943, 954, 968, 969, 971, 985, 993, 1001, 1002, 1005, , 1018, 1036, 1046, 1048, 1060, 1073, 1074, 1077, 1115, 1133, 1135, 1152, 1153, 1166, 1167, 1186, 1204, 1205, 1214, 1215, 1218, 1221, 1225,

1226, 1227, 1229, 1230, 1232, 1250, 1261, 1272, 1273, , 1279, 1281, 1288, 1291, 1296, 1300, 1340, 1345, 1351, 1358, 1368, 1388, 1409, 1412, 1423, 1429, 1442, 1470, 1542, 1594, 1627, 1631, 1645, 1646, 1656, 1672, 1673, 1686, 1693, 1702, 1704, 1710, , 1755, 1757, 1759, 1762, 1773, 1774, 1775, 1781, 1785, 1793, 1807, 1816, 1820, 1822, 1823, 1828, 1829, 1840, 1843, 1850, 1853, 1858, 1878, 1881, 1882, 1885, 1887, 1899, 1905, 1906, 1958, 1971, , 1978, 2025, 2045, 2062, 2069, 2075, 2080, and 2092 ("Dismissed Defendants"), as fully described in Schedule A-3 attached to this Order (collectively "the parties") in this proceeding are hereby dismissed without prejudice, with all attorneys' fees and costs to be borne by the party that incurred them;

2. Third Parties that currently hold any of the Defendants' frozen assets pursuant to this Court's Preliminary Injunction (Dkt. #29) Order, or other prior equitable relief, shall be disbursed as agreed to by the Parties in their respective Settlement Agreements.

3. This Court retains jurisdiction over the Defendants to enforce the Settlement Agreements.

4. This Court grants Plaintiff ninety (90) days leave to reinstate its claims against any Defendant should the parties fail to complete their settlement per the terms of their respective Settlement Agreements.

DATED: 11/14/19

Robert W. Gettleman
United States District Judge

## SCHEDULE A-3
## Defendant List Stipulated Dismissal

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 4 | ascoka | ascoka | mike@ascoka.com |
| 10 | cn112098921 | cn112098921 | 1328467976@qq.com |
| 21 | noanta | noanta | mandy@noanta.com |
| 57 | Yunhua Shen's store | 734486 | smartengine100@gmail.com |
| 59 | UAN Store | 808997 | ayla419@outlook.com |
| 62 | Super Dancing Queen | 833963 | home-gardensales@hotmail.com |
| 65 | Goldseller Market Store | 1035129 | goldseller2005@gmail.com |
| 67 | hotselling-3C store | 1045645 | echonew2013@gmail.com |
| 70 | ZigZagZone | 1097029 | cloud.china.ada@gmail.com |
| 72 | BestSellingMall Store | 1155158 | crazy100799@163.com |
| 74 | fairy supermarket | 1189481 | magicfairy20@gmail.com |
| 79 | WJ TOOL Store | 1205023 | ystd017@gmail.com |
| 80 | YST-051 | 1211135 | aliexpress051@163.com |
| 87 | Daily HappyMall Store | 1291913 | toymall2014@163.com |
| 96 | Oh! Susana'Gifts Store | 1360129 | ulxtrl89725010@163.com |
| 105 | Ali Home Bar | 1489567 | moresell01wei@163.com |
| 176 | Dream Link Store | 2491033 | 18025491751@163.com |
| 190 | S-life Store | 2690006 | 15567770839@163.com |
| 191 | Jelbo Official Store | 2781189 | wujintools2@163.com |
| 192 | Ralink Thomas Store | 2783050 | 13039317929@163.com |
| 197 | Worldwide Trendy Jewelry Store Store Store | 2796047 | 13039311380@163.com |
| 218 | Tools-decorating Store | 2901062 | 13039311816@163.com |
| 225 | Shop2921049 Store | 2921049 | 13039312196@163.com |
| 226 | WarmHome Store | 2924043 | 13039312125@163.com |
| 231 | Haniel Jewellery Store | 2933042 | 18686417858@163.com |
| 232 | Niu Besting Store | 2936076 | 13039317896@163.com |
| 237 | My House Store | 2948247 | yingyue_2@126.com |
| 238 | Special2017 Store | 2948266 | autum2020@163.com |
| 247 | Homes-tools Store | 2954022 | 13039311092@163.com |
| 258 | Welcome-to My Store | 2962009 | 13029003002@163.com |

3

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 261 | 4inLove Store | 2963011 | 13039317961@163.com |
| 266 | Muswanna Store | 2972022 | 18617142265@163.com |
| 267 | Love's temperature Store | 2980008 | 18617049118@163.com |
| 268 | Go With Me Store | 2983024 | dolce-3@outlook.com |
| 273 | Light Ur life Store | 3057033 | 18026962947@163.com |
| 277 | everso good Store | 3087091 | tiank1@outlook.com |
| 280 | Dancing chicken Store | 3093097 | quejue5@163.com |
| 285 | Lights & Lighting Your Life Store | 3126034 | 15018533419@163.com |
| 286 | Shop3131039 Store | 3131039 | 13278446172@163.com |
| 287 | jiguoor Store | 3147051 | genghongqi2@sina.com |
| 291 | jiguoor Direct Store | 3188046 | jiguao01@sina.com |
| 300 | zhulihuihui de diandian Store | 3201082 | 13278445315@163.com |
| 303 | EasierLife 3C Store | 3216047 | 15668623141@163.com |
| 304 | Usefull Tool Store | 3216069 | 15668620182@163.com |
| 305 | furnishing material Store | 3216081 | 13278446302@163.com |
| 306 | Fighting!!!Fressia Tool Store Store | 3216169 | 13159617133@163.com |
| 321 | HOmeful Tool Store | 3275017 | 13278446271@163.com |
| 335 | Ali-house tools Store | 3471015 | fseb45@163.com |
| 343 | Tool-Light-Improvement Store | 3514001 | tingshang201705@163.com |
| 359 | Shop3663033 Store | 3663033 | longsengwei005@163.com |
| 362 | YF Tools Center Store | 3669056 | tobemall@hotmail.com |
| 365 | Leading Quality Life Store | 3683041 | 3002643556@qq.com |
| 371 | Enjoying+v Store | 3853026 | szwanjing004@163.com |
| 373 | Enjoying+L Store | 3860041 | szguangxinmai005@163.com |
| 374 | homelive everso Store | 3862066 | xiaojiayu199@163.com |
| 376 | Colourful Store | 3864021 | szbaiyao004@163.com |
| 377 | Eusmile Store | 3871071 | sales@eusmile.com |
| 378 | Enjoying+o Store | 3871076 | szwanjing001@163.com |
| 379 | LETAOSK UVV Store | 3873092 | sales@usa-view.com |
| 382 | Aron Store | 3879002 | szhengyue006@163.com |
| 385 | Enjoying+If Store | 3887016 | szwanjing003@163.com |
| 388 | shop3900096 Store | 3900017 | szrunzeda001@163.com |

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 391 | Tools Buybest Store | 3973001 | szyafexsale01@sina.com |
| 396 | Hom Life Center Store | 4033065 | everything1028@outlook.com |
| 399 | Tools – Store | 4035062 | becauseoflove9@outlook.com |
| 402 | Warm Ho-me Store | 4044060 | unchained2017@outlook.com |
| 403 | Shop4044061 Store | 4044061 | breathaway2017@outlook.com |
| 404 | Sharly- Tool Part Store | 4046060 | rhythm1028@outlook.com |
| 405 | Modis LOOKING Store | 4047046 | szboyingkj004@163.com |
| 406 | Home&Garden Online Store | 4047061 | specialsound3@outlook.com |
| 409 | letaosk Store | 4050062 | sales@letaosk.com |
| 410 | Sharly-HomeGarden Store | 4051069 | sealedwith@outlook.com |
| 418 | Beautiful-Homes Store | 4237020 | dhjhfssiiee145@sina.com |
| 419 | Ho-me & Garden Store | 4242021 | ysgtyffoapfe98@sina.com |
| 420 | Shop for Your Life Store | 4244002 | strengthfuld98@sina.com |
| 423 | Come On Store | 4245019 | szwanfu006@163.com |
| 424 | Solid Tag tool Store | 4263033 | 15609850670@163.com |
| 425 | Enjoying+h Store | 4277026 | szhuijing0066@163.com |
| 426 | My Little Accessories121 Store | 4281017 | szjingruida001@163.com |
| 428 | Enjoying+SS Store | 4291010 | szyixing201703@163.com |
| 431 | Shop4359009 Store | 4359009 | experienceds@sina.com |
| 433 | Homelike Life Store | 4366016 | sunshineage@sina.com |
| 434 | Today is a Gift Store | 4368010 | tokyofancy@sina.com |
| 435 | YSTD Global Store | 4374011 | szyuanhongkj002@163.com |
| 438 | Shop4388017 Store | 4388017 | szfujing002@163.com |
| 441 | Flyying dreams Store | 4391118 | szzhuohongc01@163.com |
| 443 | Colourful & Life Store | 4406229 | toyotafafe@sina.com |
| 445 | Life likes choclate Store | 4409233 | loodweed@outlook.com |
| 449 | End Of A Tunnel Store | 4416079 | szqingfengcheng004@163.com |
| 453 | Shop4419219 Store | 4419219 | distancecy@sina.com |
| 455 | Hand Tool emm Store | 4421122 | szyixing201706@163.com |
| 463 | Worldwide Decoration Store Emm Store | 4428229 | szjanming002@163.com |
| 468 | Kuini Making Store | 4464006 | szsanyueli1801@163.com |
| 469 | ComeOn Beautiful Life Store | 4470003 | missmisoo@sina.com |

5

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 471 | GOOD 'n NICEE Store | 4491007 | szbaiduo004@163.com |
| 475 | Ideals Life Store | 4497069 | zoruwength@sina.com |
| 480 | Shine Your Life with Me Store | 4518025 | univershine@sina.com |
| 481 | Worldwide Tool Store | 4529015 | colourrpower@sina.com |
| 484 | Shop4562030 Store | 4562030 | understandinges@sina.com |
| 485 | Shop4570025 Store | 4570025 | zumakou@outlook.com |
| 486 | Teamwin Store | 4575029 | liuliucalt@sina.com |
| 493 | Homes Supplies Store | 4644088 | lulubluecolour@sina.com |
| 496 | House & Garden Art Store | 4654089 | hellobabygogogo@sina.com |
| 529 | BLENDX | A1FW6UC18IP565 | sunyoo_us@126.com |
| 531 | Sweetdecor | A1G9FKJ15HVZ8Q | sunyin931211@163.com |
| 536 | TengyesDirect | A1LG4D0XO2CAR2 | tengyes@outlook.com |
| 552 | REDPINGUO | A27DV5DB0SP3XB | 1736325721@qq.com |
| 565 | Passionate beer2017 | A2PZFDPBWGG3RR | ajinmse@163.com |
| 568 | Liu zheng chang | A2UU9DVX64ZEQ9 | du840760696@163.com |
| 579 | ACCREADY | A3984DG2BKJKFK | edwards.chung@mecosolar.com |
| 583 | Onner | A3GD8BIWICATXK | avocado1653@163.com |
| 608 | yvonne1 | AT99BAV8AMDRU | weilesi2@163.com |
| 625 | 2009shoppingmall | 2009shoppingmall | sunnyweather1822@gmail.com |
| 626 | 2010bettertogether | 2010bettertogether | livebettertogether@gmail.com |
| 632 | 4hotseason | 4hotseason | 4hotseasoncs@gmail.com |
| 641 | a_coming868 | a_coming868 | wuwugang886@yahoo.com |
| 643 | acwholesaler | acwholesaler | tomtop.wholesaler@gmail.com |
| 671 | beauty-jewelry86 | beauty-jewelry86 | paly555@163.com |
| 675 | bestbuy_outlets | bestbuy_outlets | baisimaics@gmail.com |
| 679 | better-shop777 | better-shop777 | yyooyou@163.com |
| 704 | chunyong1975 | chunyong1975 | zhululu886@163.com |
| 713 | cooldealmate | cooldealmate | cooldealsmate@yahoo.com |
| 732 | dmayqi | dmayqi | asiadmayk@163.com |
| 741 | dresses-up | dresses-up | dressesupcs@gmail.com |
| 751 | edensurfing | edensurfing | edensurfingcs@gmail.com |
| 759 | elifegadget | elifegadget | elifegadget.mail@gmail.com |

| Doe # | Seller Name | Seller ID | Def. E-mail |
| --- | --- | --- | --- |
| 773 | fashion-shop86 | fashion-shop86 | ebay887@163.com |
| 782 | finest78 | finest78 | zhoumr880@yahoo.com |
| 789 | freefordiscounts | freefordiscounts | yuanruiwang@hotmail.com |
| 791 | fullness99 | fullness99 | mzhou990@yahoo.com |
| 795 | Galaxyshoppingcn | galaxyshoppingcn | galaxyshopping@163.com |
| 805 | good-jewelry8 | good-jewelry8 | wuyonggang88634@163.com |
| 817 | happymqi-0 | happymqi-0 | happymqi@163.com |
| 819 | happyness8966 | happyness8966 | happyness8960@yahoo.com |
| 834 | Hottestbuy | hottestbuy | hottestbuy.mail@gmail.com |
| 845 | ideal887 | ideal887 | ideal8878@163.com |
| 857 | janisa2000 | janisa2000 | janisa2008jia@gmail.com |
| 860 | jewelry-fashion7 | jewelry-fashion7 | juanjuan54250@163.com |
| 861 | Jewelryfindingshop | jewelryfindingshop | jewelryfindshop0@yahoo.com |
| 862 | jewelrysmart87 | jewelrysmart87 | jewelrysmart@gmail.com |
| 877 | jyglosstopped2012 | jyglosstopped2012 | gostop3345@hotmail.com |
| 881 | Keepeyesonworld | keepeyesonworld | keepeyesonworld.ntl@hotmail.com |
| 898 | leochen119 | leochen119 | leochen115@gmail.com |
| 901 | liveonly4you | liveonly4you | only4youcs@gmail.com |
| 911 | lunadore1 | lunadore1 | safebear@126.com |
| 915 | makeitright11 | makeitright11 | makeitright718@hotmail.com |
| 917 | maxhua123 | maxhua123 | xuehua205@126.com |
| 926 | Millionbillion | millionbillion | millionbillioncs@gmail.com |
| 943 | newworldshopping | newworldshopping | ebaynewworld2012@163.com |
| 954 | Onecityhunter | onecityhunter | cityhuntercs@gmail.com |
| 968 | pj-online | pj-online | getthedeals2011@gmail.com |
| 969 | plus*deals / kpd*08459 | plus*deals | kengplusdeals@gmail.com |
| 971 | Popmall | popmall | popmallcs@gmail.com |
| 985 | ray198520177 | ray198520177 | ray19852017@163.com |
| 993 | Royalroadshopping | royalroadshopping | royalroadjoe@163.com |
| 1001 | Savemoneyforyou | savemoneyforyou | newxiaohuanglucky@gmail.com |
| 1002 | Savemuchmore | savemuchmore | savemuchmorecs@gmail.com |
| 1005 | Sevencolorslife | sevencolorslife | lei.simplelife@gmail.com |

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 1018 | Shoppingapp | shoppingapp | shoppingappcs@gmail.com |
| 1036 | southrenswallow2012 | southrenswallow2012 | southernswallow2012@gmail.com |
| 1046 | stunner1975 | stunner1975 | chunyong2017@163.com |
| 1048 | Sumemory | sumemory | sumemory2017@163.com |
| 1060 | Takemetoyou | takemetoyou | takemetoyou720@hotmail.com |
| 1073 | top-fashion1202 | top-fashion1202 | qwertyuio88976135@163.com |
| 1074 | topelectronics2010 | topelectronics2010 | 2010topelectronics@gmail.com |
| 1077 | Tradeandeasy | tradeandeasy | cdmorley211@outlook.com |
| 1115 | windows-7777 | windows-7777 | weiruan7777@163.com |
| 1133 | Yafeetop | yafeetop | sunyanlai1975@gmail.com |
| 1135 | yankey87 | yankey87 | youyo877@163.com |
| 1152 | Tomtop | 52b4f71b796f6856bfedc840 | sales.on.wish01@gmail.com |
| 1153 | Tbest | 52fee453b9ee845901f35fea | ttwishus@gmail.com |
| 1166 | freesionstore | 538c9098b9ee8445bc8f9d97 | freesion008@163.com |
| 1167 | hongkongtomtoplimited | 538ec78f796f680b45a53613 | eshowlink@gmail.com |
| 1186 | penneyfashion | 540a6ba77a9eb443186d9c02 | ncc_wish001@163.com |
| 1204 | yafexelectronics | 546c14f01280fa2498ea0350 | xiaohuanglucky@gmail.com |
| 1205 | yafexelectronicsltd | 546c7e415f313f22aa4c8d5c | shenzhenxiaohuang@gmail.com |
| 1214 | shenzhengracekarin | 549913b147aacf676d9fe487 | yafee033@hotmail.com |
| 1215 | 深圳缤诗丽服饰有限公司 | 549922ffb9cb927776a6d648 | yafee017@hotmail.com |
| 1218 | shenzhenyafeeecommercecoltd | 54a21ec23b64452ddd2494f6 | gracekarin6@hotmail.com |
| 1221 | 苏州缤诗丽服装有限公司 | 54ae4e9040b3780396862091 | yafee055@hotmail.com |
| 1225 | 深圳市金莱美贸易有限公司 | 54c35d9f429a6a1708739915 | 2449419523@qq.com |
| 1226 | 深圳市欧菲德贸易有限公司 | 54c614424c1377269fe74559 | millaly003@outlook.com |
| 1227 | 深圳市伊纱莱贸易有限公司 | 54c9fe5362632720958e6fa3 | lindaly002@outlook.com |
| 1229 | 深圳市金莱美了贸易有限公司 | 54ccb296283d5815bad93e56 | sillyb001@outlook.com |
| 1230 | 深圳市欧菲德贸易公司 | 54cf5cef5f77c60cd1739d36 | millaly001@outlook.com |
| 1232 | happyhappymall | 54db31e27851097095c0fcba | kuaikuailele888@hotmail.com |
| 1250 | sanheelectroniccommerce | 5559ba1a16bbef0e9865d30d | haiyin122@163.com |
| 1261 | dailyusedmarketinternational | 557fde8992735d19e9490292 | zhangshui.gen168@163.com |
| 1272 | 深圳市尔威斯商务有限公司 | 559cd052a5a0d7402a03cb2e | 3178492442@qq.com |
| 1273 | Gigibaobao | 559d1d37b454f44039f3412b | gigibaobao2015@yahoo.com |

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 1279 | Wfuture | 55b1e27bba948e40a0167925 | wwfuture@yahoo.com |
| 1281 | Dealsgo | 55b5faafa448a640c24b3a7f | dealsgo@yahoo.com |
| 1288 | shenzhenbaotongtengtradingcoltd | 55da936e5cbfaa104291478a | btttrading@sina.com |
| 1291 | goods1688 | 55ea9823669de442448098f8 | goods1688@outlook.com |
| 1296 | Carnivalnight | 55fbc0c29f5e7242a4df0147 | 2743261497@qq.com |
| 1300 | Digitaltimes | 55ff6c39c57ba5429025d90b | digitaltimes@outlook.com |
| 1340 | creatlifestore2015 | 566319a1544a2223dd7f8043 | 2991825911@qq.com |
| 1345 | Dressflow | 566f6ec74c7df66ac3305439 | dressflow@hotmail.com |
| 1351 | Ygr | 568386273a698c2813fe7104 | eric_au1688@outlook.com |
| 1358 | Techsky | 56a3280b517efe0e25edd9c0 | techsky001@gmail.com |
| 1368 | bb_8 | 56c91e1236288a1392e47d85 | linazhu87@163.com |
| 1388 | Troll | 56fcbec67415f96e87a29918 | littleadd@sina.com |
| 1409 | Lwqsotre | 572dde26559f58642f227d9d | 1246034520@qq.com |
| 1412 | Landwins | 5736d65a371c165c6b98e983 | landwins@gmail.com |
| 1423 | Cupidbow | 5747f8ec3a698c115efed224 | cuiqingxqd@hotmail.com |
| 1429 | you0_come | 57527707d9d2037fafeb5d9c | you_come888@163.com |
| 1442 | Fashiongoblins | 57763d305288bd770423fe7f | jessie1662293540@gmail.com |
| 1470 | Delaiwen | 57a85f3164fa71188618e71f | delaiwenus@outlook.com |
| 1542 | Bdcat | 583e72bce24c5b56004a354a | 30631681@qq.com |
| 1594 | fashion_insider | 5874a0d79417be4d5cd5dfd2 | zhixiqun86@163.com |
| 1627 | duanpingyongdedian | 58aac40c96f1bb6f07119d8b | duanpy@outlook.com |
| 1631 | Dressesloves | 58ad42ff08de0c76d69d895a | yafei2017@outlook.com |
| 1645 | Fashionvally | 58b8e3e7a3f9595290b889ef | huafucustomer@hotmail.com |
| 1646 | Aixuege | 58b961adfe1866534d52038a | zsnow8@outlook.com |
| 1656 | Kaidistore | 58c12b81653ffc50fc3a9fe1 | kaidiyawish2017@163.com |
| 1672 | Icostore | 58c7d1c176a436505c7f6a06 | icostore@sina.com |
| 1673 | Shoppingmallstore | 58c8e914ef7de65054867f66 | ruianmeimaoyi@163.com |
| 1686 | Newfamilylife | 58d0bece448af3508fdccf30 | justforyou0315@163.com |
| 1693 | Homdecor | 58d4ec5e236c0c54bb09bc20 | liangbanqinggua172@hotmail.com |
| 1702 | Homeloverstore | 58d8f34aebdcec52c22e87ca | homelover021@163.com |
| 1704 | Homeclothingstore | 58da28ec61330a536a874ae8 | womendress2017@163.com |
| 1710 | unvisioned1 | 58dcb4425b306d2a127a69eb | jinshicompany3@126.com |

9

| Doe # | SELLER Name | SELLER ID | Def. E-mail |
|---|---|---|---|
| 1755 | abc_fashion | 58fdb53685622111a24397ec | jchctec1704@hotmail.com |
| 1757 | Loverbuystore | 58ff15d237e77e11fe8845d6 | loverbuystore@126.com |
| 1759 | fashion_deal | 59019eb24b70902c16aed7ae | zhongchuangtec@hotmail.com |
| 1762 | Modastore | 5902d6b71a85b811b9b86002 | moda0428@163.com |
| 1773 | Musicysdiskgen | 590ffea4f958c5410dd5701d | xuec889@yeah.net |
| 1774 | Cusoon | 59101eb90227151eb96ecf97 | qichengtec@hotmail.com |
| 1775 | Wenyangshoes | 591062917e5f0b1f6732d835 | jwenyang28@outlook.com |
| 1781 | dongxingclothingstore | 5912f6f749ef87762451fc0e | chenhexingcg@outlook.com |
| 1785 | Suzhouksstore | 591569efbb573357091c34c3 | kstore0510@163.com |
| 1793 | Liangyating | 591e9ae94d4357732a85bbab | lyat999@outlook.com |
| 1807 | Merlotclassic | 592e21a11e54dc1b5f2bc23c | jc_sale0527@hotmail.com |
| 1816 | Electricchustores | 5936711dabea9144397e0c46 | 3450331883@qq.com |
| 1820 | Speedyget | 593a45e3ff3e8077a221211d | yuanzhengkeji@hotmail.com |
| 1822 | fashionbeautydesign | 593e57d4aa3fef596ff5bc95 | fashionbeauty2017@163.com |
| 1823 | Modeltra | 593e5882c25081185000ce48 | modeltra@hotmail.com |
| 1828 | womenfashionshow | 59478ce25b9d6b043b16e037 | womenshow2017@163.com |
| 1829 | Moremorestore | 594793c053ebe2188fd42223 | moremore2017@163.com |
| 1840 | Freewold | 59536c302eac110e28ed8577 | freewold2017@163.com |
| 1843 | Fashiontrendystore | 5954bf79a26f6e28e25481d2 | trendystore2017@163.com |
| 1850 | Sweetylove | 595a17ebce4e6916c0c9028e | sweetylove2017@163.com |
| 1853 | fashionmermory | 595f3838a26f6e4364448a26 | fashionmermory@163.com |
| 1858 | wangjing0711 | 596485a937635d71b0cd6d69 | wangjj170711@163.com |
| 1878 | haidi891 | 5979c9b4eea5c5072f486166 | haidi194606012@sina.com |
| 1881 | speedy2u | 597aedf24b913a2a9bc99d52 | huolang9876@hotmail.com |
| 1882 | heinbox | 597b11014b913a300ac99e7e | pinanxile888@hotmail.com |
| 1885 | beauty_shops | 59802d6630e1f335d32f57ff | kangsl201781@163.com |
| 1887 | epadronics | 59809a8830e1f349832f3df9 | healthywomen0803@163.com |
| 1899 | zeromile | 59a682e12382701a4114c089 | gcjmuhk@hotmail.com |
| 1905 | newnovel | 59af97c3f628f5598b54a6a0 | djyuhio@hotmail.com |
| 1906 | hopeinthebox | 59b0fbcb2351346f7e1e7968 | hgcmgchmk@outlook.com |
| 1958 | sandra | 5a17d1e41f4d8c566144b0cd | fernandoyorck5488099@gmail.com |
| 1971 | ambrosia | 5a27b7fb15da071cb122bd01 | ixn6ecin@outlook.com |

10

| Doe # | Seller Name | Seller ID | Def. E-mail |
|-------|-------------|-----------|-------------|
| 1978 | bengbengbeng | 5a4c964353492006b79060c8 | liangpingl2018@163.com |
| 2025 | xuejiaxiaoxixi | 5acad163417cee6a49bd47db | septemberlove998@hotmail.com |
| 2045 | luwancheng888999 | 5adf52d2c798170b951604ba | learnskyio@sina.com |
| 2062 | dodifferent | 5b02433beb411313c371beb2 | jiujiaowen7a@hotmail.com |
| 2069 | yuanguo5137 | 5b20f687daac4572de94c6fb | poulykrse@sina.com |
| 2075 | xielifrnghjnbniy | 5b29b6c343b3b64c50904b88 | sunainny@sina.com |
| 2080 | wodexiaodian128 | 5b30fd80337afb2c3eeb54cb | lightsunair@sina.com |
| 2092 | zhuzilin | 5ba5f6e6ef66000db583706d | l18259957789@139.com |