**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| General Tools & Instruments, LLC ) | |
| ) | Case No. 1:19-cv-02519 |
| v. ) | |
| ) | Judge: Honorable Robert W. Gettleman |
| Does 1-2092, As Identified in Exhibit 2 ) | |
| ) | Magistrate: Honorable Sunil R. Harjani |

**PLAINTIFF'S MOTION FOR SATISFACTION OF DEFAULT JUDGMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement with Does 17, 32, 33, 60, 417, 421, 422, and 603 as listed in Schedule A-4 below, seeks entry of an order releasing each of those specified Defendants from the DEFAULT JUDGMENT ORDERS entered on July 30, 2019 [DOCKET #55], entered on November 14, 2019 [DOCKET #86], and entered on January 8, 2020 [DOCKET #92] and dismissing them from the suit with prejudice.

Dated this August 24, 2020            Respectfully submitted,

By:     /s/ Rishi Nair
Rishi Nair
ARDC # 6305871
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.com

**SCHEDULE A-4**
**List of Defendants for Full Satisfaction of Judgment**

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 17 | milton | yiwumilton | miltontools@163.com |
| 32 | MACA FAVORITE HOME | cn1510170180 | hotcompany003@163.com |
| 33 | MILTON TOOLS Store | yiwumilton | miltontools@163.com |
| 60 | China Factory Supplier | cn1000634690 | jason2130310@163.com |
| 417 | ETOPOO MEASURE Store | cn1522882532jhbb | 2151036857@qq.com |
| 421 | ETOPOO Yigoo Store | cn1522934992rzfr | yigaoo@163.com |
| 422 | ETOPOO HOTseller Store | cn1522934757jcwp | yigaoo1@163.com |
| 603 | Matefield | AGS7WWWJ2HGYE | usmatefieldamazon@126.com |