**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|   |   |
|---|---|
| General Tools & Instruments, LLC<br><br>v.<br><br>Does 1-2092, As Identified in Exhibit 2 | Case No. 1:19-cv-02519<br><br>Judge: Honorable Robert W. Gettleman<br><br>Magistrate: Honorable Sunil R. Harjani |

## PLAINTIFF'S MOTION FOR SATISFACTION OF DEFAULT JUDGMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement with Doe 994, rrssh, rrssh2012@hotmail.com, seeks entry of an order releasing Defendant from the FINAL DEFAULT JUDGMENT ORDER entered on July 30, 2019 [DOCKET #55] and dismissing them from the suit with prejudice.

Dated this August 30, 2020

Respectfully submitted,

By: /s/ Rishi Nair
Rishi Nair
ARDC # 6305871
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.com